<table>
<tr><td colspan="2">
**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____
</td></tr>
</table>

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Joseph <br> First name <br><br> J <br> Middle name <br><br> Porada, Jr. <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5215 | |

Debtor 1    Joseph J Porada, Jr.                                          Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

☐ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5.** **Where you live**

650 W. 57th St #2
Clarendon Hills, IL 60514
Number, Street, City, State & ZIP Code

DuPage
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

PO Box 31232
Chicago, IL 60631
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    Joseph J Porada, Jr.                                                      Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☐ No.    Go to line 12.

■ Yes.    Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   Joseph J Porada, Jr.                                    Case number *(if known)*

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

12.  **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

13.  **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14.  **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
_____
Number, Street, City, State & Zip Code

---

Debtor 1   Joseph J Porada, Jr.                                    Case number *(if known)*

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   Joseph J Porada, Jr.                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Joseph J Porada, Jr.
_____          _____
Joseph J Porada, Jr.                                      Signature of Debtor 2
Signature of Debtor 1

Executed on   December  6, 2017                Executed on _____
            MM / DD / YYYY                                                          MM / DD / YYYY

Debtor 1   Joseph J Porada, Jr.                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Terence G. Banich                              Date    December  6, 2017
Signature of Attorney for Debtor                           MM / DD / YYYY

Terence G. Banich
Printed name

Shaw Fishman Glantz & Towbin LLC
Firm name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone   312-541-0151                 Email address    tbanich@shawfishman.com

6269359
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph J Porada, Jr. |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  | **Unsecured claim** |
|---|---|---|

| 1 | | What is the nature of the claim? | taxes | $ $333,000.00 |
|---|---|---|---|---|

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)          $ _____
          Value of security:          - $ _____
          Unsecured claim          $ _____

_____
Contact

_____
Contact phone

| 2 | | What is the nature of the claim? | Domestic support obligation | $ $232,000.00 |
|---|---|---|---|---|

James Porada
650 W 57th St
Clarendon Hills, IL 60514

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)          $ _____
          Value of security:          - $ _____

_____
Contact

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Joseph J Porada, Jr. _____    Case number *(if known)* _____

Contact phone _____    Unsecured claim    $ _____

---

| 3 | ■ | | | | |

Laura J. Porada
216 Middaugh Rd
Clarendon Hills, IL 60514

**What is the nature of the claim?**    Domestic support obligation    $ $105,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____
Contact phone _____

---

| 4 | ■ |

Illinois Dept. of Revenue
P.O. Box 19017
Springfield, IL 62794-9017

**What is the nature of the claim?**    taxes    $ $75,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____
Contact phone _____

---

| 5 | ■ |

Rathje & Woodward LLC
300 E Roosevelt Rd
Wheaton, IL 60187

**What is the nature of the claim?**    legal fees    $ $60,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____
Contact phone _____

---

| 6 | ■ |

Robin B. Blakkolb, DDS
6800 S. Main St #106
Downers Grove, IL 60516

**What is the nature of the claim?**    dental care    $ $1,115.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Joseph J Porada, Jr.                                Case number *(if known)*

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)        $ _____
       Value of security:                    - $ _____

Contact

Contact phone                                        Unsecured claim        $ _____

---

**7**

Northern Trust Platinum Visa
PO Box 6335
Fargo, ND 58125-6335

**What is the nature of the claim?**    credit card        $ $647.29

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)        $ _____
       Value of security:                    - $ _____

Contact

Contact phone                                        Unsecured claim        $ _____

---

**8**

Comcast/Xfinity
PO Box 3002
Southeastern, PA 19398-3002

**What is the nature of the claim?**    service        $ $280.11

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)        $ _____
       Value of security:                    - $ _____

Contact

Contact phone                                        Unsecured claim        $ _____

---

**9**

ComEd
3 Lincoln Center
Attn: Bankrupcy Group
Oakbrook Terrace, IL 60181

**What is the nature of the claim?**    service        $ $59.34

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)        $ _____
       Value of security:                    - $ _____

Contact

Contact phone                                        Unsecured claim        $ _____

---

**10**

Nicor Gas
Bankruptcy Dept

**What is the nature of the claim?**    service        $ $45.48

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Joseph J Porada, Jr. | Case number *(if known)* | |
|---|---|---|---|

PO Box 549
Aurora, IL 60507

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact

Contact phone

---

**11**

Country Acres Condominium Assoc
Country Acres HOA
640 Murray Lane Box CACHA
Des Plaines, IL 60016

**What is the nature of the claim?** 640 Murray Lane Des
Plaines, IL 60016  Cook
County
PIN
08-24-100-025-1046      $ Unknown

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☑ Yes. Total claim (secured and unsecured) $ Unknown
  - Value of security: - $ $70,000.00
  - Unsecured claim $ Unknown

Contact

Contact phone

---

**12**

Estate of Arthur M Heath
c/o Latimer Levay Fyock LLC
55 W Monroe St #1100
Chicago, IL 60603

**What is the nature of the claim?** litigation      $ $0.00

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact

Contact phone

---

**13**

James Yiu-Tin Ching
c/o Scopelitis Garvin Light
30 W Monroe St #600
Chicago, IL 60603

**What is the nature of the claim?** litigation      $ $0.00

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    Joseph J Porada, Jr. _____    Case number *(if known)* _____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:              - $ _____
  Unsecured claim                  $ _____

Contact _____

Contact phone _____

---

**14**    Mohammad Rezai MD
        c/o Latimer Levay Fyock LLC
        55 W Monroe St #1100
        Chicago, IL 60603

**What is the nature of the claim?**    litigation      $ $0.00

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:              - $ _____
  Unsecured claim                  $ _____

Contact _____

Contact phone _____

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ Joseph J Porada, Jr. _____        X _____
   Joseph J Porada, Jr.                              Signature of Debtor 2
   Signature of Debtor 1

Date  December 6, 2017 _____            Date _____

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph J Porada, Jr. |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

| | |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................. | $ 70,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B....................................... | $ 5,844,931.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $ 5,914,931.00 |

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

| | |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 0.00 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 745,000.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 62,147.22 |
| **Your total liabilities** | $ 807,147.22 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................... | $ 20.00 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*....................................... | $ 15,535.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Joseph J Porada, Jr.                                                          Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 337,000.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 408,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 745,000.00 |

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Joseph J Porada, Jr. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

**1.1**

| | | |
|---|---|---|
| 640 Murray Lane | | |
| Street address, if available, or other description | | |
| | | |
| | | |
| Des Plaines | IL | 60016-0000 |
| City | State | ZIP Code |
| | | |
| | | |
| Cook | | |
| County | | |

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

■ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

PIN 08-24-100-025-1046

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $70,000.00 | $70,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

100% Beneficial Interest in Land Trust

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| $70,000.00 |
|---|

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1　　Joseph J Porada, Jr.　　　　　　　　　　　　　　　Case number *(if known)* _____

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Toyota** | | |

Who has an interest in the property? Check one

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Make: **Toyota**
Model: **Avalon**
Year: **2014**
Approximate mileage: **90,000**
Other information:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $12,000.00 | $12,000.00 |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>

$12,000.00

**Part 3:**　Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Ordinary household furnishings | $7,000.00 |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Television/computer/printer/cell phone | $1,000.00 |

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes.  Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes.  Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　　　　Best Case Bankruptcy

Debtor 1    Joseph J Porada, Jr.                                    Case number (if known)

☐ Yes.  Describe.....

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Ordinary wearing apparel | $3,000.00 |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes.  Describe.....

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

$11,000.00

| Part 4: | Describe Your Financial Assets | |
|---|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.....................................................................

| | | |
|---|---|---|
| | Cash | $40,000.00 |

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | Joseph J Porada Jr Revocable Trust is owner of checking account at Northern Trust Bank | $201,500.00 |
| 17.2. | Checking | Joseph J Porada Jr Revocable Trust is owner of checking account at Northern Trust Bank | $2,000.00 |
| 17.3. | Checking | Joseph J Porada Jr Revocable Trust is owner of check account at Republic Bank | $1,170,465.00 |
| 17.4. | Checking | Joseph J Porada Jr Revocable Trust is owner of checking account at Inland Bank | $378.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Joseph J Porada, Jr.                                      Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 17.5. | Savings | Joseph J Porada Jr  Revocable Trust is owner of savings account at Northern Trust Bank | $501.00 |
| 17.6. | Checking | Joseph J Porada Jr Revocable Trust is owner of checking account at Bank of America | $6,232.00 |
| 17.7. | Checking | Joseph J Porada Jr Revocable Trust is owner of checking account at First Midwest Bank | $1,341.00 |
| 17.8. | Money Market | Joseph J Porada Jr  Revocable Trust is owner of money market account at Community Bank of Downers Grove | $347.00 |
| 17.9. | Money Market | Joseph J Porada Jr  Revocable Trust is owner of money market account at PNC Bank | $9,885.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
  ☐ No
  ■ Yes..................

  Institution or issuer name:

  Joseph J Porada Jr Revocable Trust is owner of brokerage account at
  Merrill Edge                                                          $21,249.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
  ☐ No
  ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| KKJJ, LLC ** value = court assigned value - under apppeal | 44% | % | $703,890.00 |
| Sharon Estates Limited Partnership ** value = court assigned value - under apppeal | 30.46% | % | $321,750.00 |
| Midwest Imaging Professionals, LLC | 4% | % | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
  *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
  *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
  ☐ No
  ■ Yes. Give specific information about them

  Issuer name:

  Promissory notes owed by Robert J. Fisher                            $260,000.00

**21. Retirement or pension accounts**
  *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
  ☐ No
  ■ Yes. List each account separately.

  Type of account:                    Institution name:

  401(k)                              Midwest Imaging Professionals, LLC        $250,570.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1   Joseph J Porada, Jr.                                     Case number *(if known)* _____

| | | |
|---|---|---|
| Pension | Midwest Imaging Professionals, LLC | $431,013.00 |
| IRA | Morgan Stanley | $69,942.00 |
| Profit-Sharing Plan | Symmetra | $1,441,043.00 |
| Profit-Sharing Plan | Charles Schwab | $800,675.00 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes. ....................                        Institution name or individual:

| | | |
|---|---|---|
| Rental deposit | Philip Ducato | $2,150.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☐ No
   ■ Yes.  Give specific information about them.

| | |
|---|---|
| Joseph J. Porada , Jr Irrevocable Family Trust dated March 7, 1995 holds all life insurance policies referred to in question no. 31. | Unknown |
| Joseph J. Porada, Jr. Revocable Trust holds the financial accounts identified in question no's. 17 and 18, the membership interests in KKJJ, LLC and Sharon Estates Limited Partnership as identified in question no. 19, as well as the promissory notes identified in question 20. | Unknown |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them.

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes.  Give specific information about them.

| | |
|---|---|
| State of Illinois Licensed Physician and Surgeon State of Illinois Licensed Physician Controlled Substance US Department of Justice Controlled Substance Registration Certificate | Unknown |

**Money or property owed to you?**                                    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1     Joseph J Porada, Jr.                                                    Case number *(if known)* _____

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes. Give specific information..

   | Balance of funds due pursuant to membership redemption agreement with Midwest Imaging Professionals LLC | $87,000.00 |
   |---|---|

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | John Hancock term life policies 075214153 and 075214155 | Joseph J. Porada Jr. Irrevocable Family Trust | $0.00 |
   | Paul Revere disability policy | Joseph J. Porada Jr. Irrevocable Family Trust | $0.00 |
   | BC/BS Health Insurance | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
   **for Part 4. Write that number here**.................................................................................................     $5,821,931.00

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1     Joseph J Porada, Jr.                                    Case number *(if known)* _____

37. **Do you own or have any legal or equitable interest in any business-related property?**
   - ☒ No. Go to Part 6.
   - ☐ Yes.  Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   - ☒ No. Go to Part 7.
   - ☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ☒ No
   - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................     $0.00

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** .......................................................................................... | | $70,000.00 |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $12,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $11,000.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $5,821,931.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |

| 62. | **Total personal property.** Add lines 56 through 61... | $5,844,931.00 | Copy personal property total | $5,844,931.00 |
|---|---|---|---|---|

63. **Total of all property on Schedule A/B.** Add line 55 + line 62          $5,914,931.00

| Fill in this information to identify your case: |
|---|

| Debtor 1 | Joseph J Porada, Jr. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 2014 Toyota Avalon 90,000 miles<br>Line from *Schedule A/B*: 3.1 | $12,000.00 | ■ | $2,400.00 | 735 ILCS 5/12-1001(c) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Ordinary wearing apparel<br>Line from *Schedule A/B*: 11.1 | $3,000.00 | ■ | $3,000.00 | 735 ILCS 5/12-1001(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Cash<br>Line from *Schedule A/B*: 16.1 | $40,000.00 | ■ | $4,000.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 401(k): Midwest Imaging Professionals, LLC<br>Line from *Schedule A/B*: 21.1 | $250,570.00 | ■ | $250,570.00 | 735 ILCS 5/12-1006 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Pension: Midwest Imaging Professionals, LLC<br>Line from *Schedule A/B*: 21.2 | $431,013.00 | ■ | $431,013.00 | 735 ILCS 5/12-1006 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Joseph J Porada, Jr.

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| IRA: Morgan Stanley<br>Line from *Schedule A/B*: 21.3 | $69,942.00 | ■ $69,155.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |
| Profit-Sharing Plan: Symmetra<br>Line from *Schedule A/B*: 21.4 | $1,441,043.00 | ■ $1,441,043.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |
| Profit-Sharing Plan: Charles Schwab<br>Line from *Schedule A/B*: 21.5 | $800,675.00 | ■ $800,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |
| Joseph J. Porada , Jr Irrevocable Family Trust dated March 7, 1995 holds all life insurance policies referred to in question no. 31.<br>Line from *Schedule A/B*: 25.1 | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(h)(3) |
| Paul Revere disability policy Beneficiary: Joseph J. Porada Jr. Irrevocable Family Trust<br>Line from *Schedule A/B*: 31.2 | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 215 ILCS 5/238 |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 — Joseph J Porada, Jr.
First Name · Middle Name · Last Name

Debtor 2
(Spouse if, filing)
First Name · Middle Name · Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |
| **2.1** Cook County Treasurer<br>Creditor's Name | Describe the property that secures the claim:<br>640 Murray Lane Des Plaines, IL 60016  Cook County<br>PIN 08-24-100-025-1046<br>notice purposes only | $0.00 | $70,000.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Law Dep't.
118 North Clark Street
Chicago, IL 60602

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.2** Country Acres<br>Condominium Assoc<br>Creditor's Name | Describe the property that secures the claim:<br>640 Murray Lane Des Plaines, IL 60016  Cook County<br>PIN 08-24-100-025-1046 | Unknown | $70,000.00 | Unknown |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Country Acres HOA
640 Murray Lane Box
CACHA
Des Plaines, IL 60016

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Joseph J Porada, Jr.                                          Case number (if know) _____

     First Name        Middle Name        Last Name

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $0.00 |
| **If this is the last page of your form, add the dollar value totals from all pages.** **Write that number here:** | $0.00 |

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph J Porada, Jr. |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | Illinois Dept. of Revenue | Last 4 digits of account number ___ ___ ___ ___ | $75,000.00 | $0.00 | $75,000.00 |

Priority Creditor's Name
P.O. Box 19017
Springfield, IL 62794-9017
Number Street City State Zip Code

**When was the debt incurred?**   12/2017 and 12/2015

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ taxes

**Is the claim subject to offset?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    23892                    Best Case Bankruptcy

Debtor 1    Joseph J Porada, Jr.                                                    Case number *(if know)*

---

| 2.2 | Internal Revenue Service | | $333,000.00 | $0.00 | $333,000.00 |

Priority Creditor's Name

PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**    12/2017

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
taxes

---

| 2.3 | James Porada | | $232,000.00 | $200,000.00 | $32,000.00 |

Priority Creditor's Name

650 W 57th St
Clarendon Hills, IL 60514
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**    1/2009

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
Domestic support obligation

---

| 2.4 | Laura J. Porada | | $105,000.00 | $0.00 | $105,000.00 |

Priority Creditor's Name

216 Middaugh Rd
Clarendon Hills, IL 60514
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**    1/2009

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
Domestic support obligation

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of

---

Debtor 1   Joseph J Porada, Jr.                                                          Case number *(if know)*

Part 2.

|  |  |  | Total claim |
|---|---|---|---|

**4.1**   Comcast/Xfinity
Nonpriority Creditor's Name

PO Box 3002
Southeastern, PA 19398-3002
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   8214                          $280.11

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   service

---

**4.2**   ComEd
Nonpriority Creditor's Name

3 Lincoln Center
Attn: Bankrupcy Group
Oakbrook Terrace, IL 60181
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   7022                          $59.34

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   service

---

**4.3**   Estate of Arthur M Heath
Nonpriority Creditor's Name

c/o Latimer Levay Fyock LLC
55 W Monroe St #1100
Chicago, IL 60603
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                          Unknown

**When was the debt incurred?**   7/2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   litigation

---

Debtor 1    Joseph J Porada, Jr.

Case number *(if know)*

---

| 4.4 | James Yiu-Tin Ching | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

c/o Scopelitis Garvin Light
30 W Monroe St #600
Chicago, IL 60603

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   litigation

---

| 4.5 | Mohammad Rezai MD | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

c/o Latimer Levay Fyock LLC
55 W Monroe St #1100
Chicago, IL 60603

**When was the debt incurred?**   7/2017

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   litigation

---

| 4.6 | Nicor Gas | Last 4 digits of account number | 4740 | $45.48 |

Nonpriority Creditor's Name

Bankruptcy Dept
PO Box 549
Aurora, IL 60507

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   service

---

Debtor 1    Joseph J Porada, Jr.

Case number (if know) _____

---

| 4.7 | Northern Trust Platinum Visa | Last 4 digits of account number _____ _____ | $647.29 |

Nonpriority Creditor's Name
PO Box 6335
Fargo, ND 58125-6335
Number Street City State ZIp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   credit card

---

| 4.8 | Rathje & Woodward LLC | Last 4 digits of account number _____ _____ | $60,000.00 |

Nonpriority Creditor's Name
300 E Roosevelt Rd
Wheaton, IL 60187
Number Street City State ZIp Code

When was the debt incurred?   2017

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   legal fees

---

| 4.9 | Robin B. Blakkolb, DDS | Last 4 digits of account number _____ _____ | $1,115.00 |

Nonpriority Creditor's Name
6800 S. Main St #106
Downers Grove, IL 60516
Number Street City State ZIp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   dental care

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Xfinity
155 Industrial Dr

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1   Joseph J Porada, Jr. _____   Case number (if know) _____

Elmhurst, IL 60126

Last 4 digits of account number

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
    type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 337,000.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 408,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 745,000.00 |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 62,147.22 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ 62,147.22 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph J Porada, Jr. |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Philip Ducato<br>650 W. 57th St #1<br>Clarendon Hills, IL 60514 | residential lease |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph J Porada, Jr. |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** _____ Name | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G, line _____ |
| Number    Street City                State                ZIP Code | |
| **3.2** _____ Name | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G, line _____ |
| Number    Street City                State                ZIP Code | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Joseph J Porada, Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Physician | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

Debtor 1 ___Joseph J Porada, Jr._____     Case number (*if known*)_____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ........................................ | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.   $ 0.00     $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00     $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.     8a.   $ 0.00     $ N/A

8b. **Interest and dividends**     8b.   $ 20.00     $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.     8c.   $ 0.00     $ N/A

8d. **Unemployment compensation**     8d.   $ 0.00     $ N/A

8e. **Social Security**     8e.   $ 0.00     $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:     8f.   $ 0.00     $ N/A

8g. **Pension or retirement income**     8g.   $ 0.00     $ N/A

8h. **Other monthly income.** Specify: _____     8h.+   $ 0.00 +     $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.   $ 20.00     $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.     10.   $ 20.00 + $ N/A = $ 20.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data, if it applies*     12.   $ 20.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: Debtor expects to be employed as a Radiologist in private practice in the near future.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Joseph J Porada, Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 16 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ☐ No   ■ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 2,150.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 50.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1   Joseph J Porada, Jr. _____   Case number (if known) _____

6. **Utilities:**
    6a.   Electricity, heat, natural gas     6a. $   250.00
    6b.   Water, sewer, garbage collection     6b. $   0.00
    6c.   Telephone, cell phone, Internet, satellite, and cable services     6c. $   200.00
    6d.   Other. Specify:     6d. $   0.00

7. **Food and housekeeping supplies**     7. $   300.00
8. **Childcare and children's education costs**     8. $   4,000.00
9. **Clothing, laundry, and dry cleaning**     9. $   100.00
10. **Personal care products and services**     10. $   60.00
11. **Medical and dental expenses**     11. $   600.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.     12. $   200.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13. $   100.00
14. **Charitable contributions and religious donations**     14. $   200.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.   Life insurance     15a. $   400.00
    15b.   Health insurance     15b. $   2,000.00
    15c.   Vehicle insurance     15c. $   150.00
    15d.   Other insurance. Specify:   Disability     15d. $   800.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:     16. $   0.00
17. **Installment or lease payments:**
    17a.   Car payments for Vehicle 1     17a. $   0.00
    17b.   Car payments for Vehicle 2     17b. $   0.00
    17c.   Other. Specify:     17c. $   0.00
    17d.   Other. Specify:     17d. $   0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).**     18. $   3,500.00
19. **Other payments you make to support others who do not live with you.**     19. $   0.00
    Specify:
20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    20a.   Mortgages on other property     20a. $   0.00
    20b.   Real estate taxes     20b. $   150.00
    20c.   Property, homeowner's, or renter's insurance     20c. $   0.00
    20d.   Maintenance, repair, and upkeep expenses     20d. $   0.00
    20e.   Homeowner's association or condominium dues     20e. $   0.00
21. **Other:** Specify:   Storage unit rental fee     21. +$   325.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.     $   15,535.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     $
    22c. Add line 22a and 22b.  The result is your monthly expenses.     $   15,535.00

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.     23a. $   20.00
    23b. Copy your monthly expenses from line 22c above.     23b. -$   15,535.00
    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*     23c. $   -15,515.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.     Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph J Porada, Jr. |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X /s/ Joseph J Porada, Jr. | X |
|---|---|
| Joseph J Porada, Jr. | Signature of Debtor 2 |
| Signature of Debtor 1 | |

Date   December  6, 2017          Date

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph J Porada, Jr. |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☐  Married
■  Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☐  No
■  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 2540 Ogden Ave Downers Grove, IL 60515 | From-To: 12/12-4/17 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $350,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    Joseph J Porada, Jr.                                                                    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $747,289.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $758,598.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Interest / Dividends | $204.00 | | |
| **For last calendar year:** (January 1 to December 31, 2016 ) | Interest / Dividends | $227.00 | | |
| **For the calendar year before that:** (January 1 to December 31, 2015 ) | Interest / Dividends | $653.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
      ☐ No.    Go to line 7.
      ■ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
      * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

      ☐ No.    Go to line 7.
      ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    Joseph J Porada, Jr.                                                                Case number (if known)

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Rathje & Woodward LLC<br>300 E Roosevelt Rd<br>Wheaton, IL 60187 | 10/8/17 $50,000<br>12/4/17 $30,000 | $80,000.00 | $60,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  legal fees |
| Philip Ducato<br>650 W. 57th St #1<br>Clarendon Hills, IL 60514 | 10/1/17 $2,150.00<br>11/1/17 $2,150.00<br>12/1/17 $2,150.00 | $6,450.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  rent |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Rezai, Heath, Ching et al v. Joseph Porada<br>2016 CH 08440 | Breach of Contract | Circuit Court of Cook County<br>Chancery Division<br>50 W Washington<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
     Check all that apply and fill in the details below.

     ☐ No. Go to line 11.
     ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

Debtor 1    Joseph J Porada, Jr.                                                                      Case number *(if known)*

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| James Yiu-tin Ching<br>c/o Scopelitis Garvin Light<br>30 W Monroe St #600<br>Chicago, IL 60603 | Bank accounts at Northern Trust Co accounts ending 7630, 1151,6355,7397,4548,1294<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | 8/2017 | $51,573.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ■ No
   ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   ☐ No
   ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Katherine Porada<br>316 S Garfield Ave<br>Champaign, IL 61821<br><br>Person's relationship to you: Daughter | Cash gift | 1/2016 | $13,000.00 |
| Katherine Porada<br>316 S Garfield Ave<br>Champaign, IL 61821<br><br>Person's relationship to you: Daughter | Cash gift | 7/2017 | $14,000.00 |
| Kristina Porada<br>501 N Capitol Ave #2118<br>Indianapolis, IN 46204<br><br>Person's relationship to you: Daughter | Cash gift | 1/2016 | $13,000.00 |
| Kristina Porada<br>501 N Capitol Ave #2118<br>Indianapolis, IN 46204<br><br>Person's relationship to you: Daughter | Cash gift | 7/2017 | $14,000.00 |

| Debtor 1 | Joseph J Porada, Jr. | | Case number (if known) | |
|---|---|---|---|---|

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Joseph Porada III<br>507 Selfridge St<br>Bethlehem, PA 18015<br><br>Person's relationship to you: Son | Cash gift | 1/2016 | $13,000.00 |
| Joseph Porada III<br>507 Selfridge St<br>Bethlehem, PA 18015<br><br>Person's relationship to you: Son | Cash gift | 7/2017 | $14,000.00 |
| James Porada<br>650 W 57th St<br>Clarendon Hills, IL 60514<br><br>Person's relationship to you: Son | Cash gift | 1/2016 | $13,000.00 |
| James Porada<br>650 W 57th St<br>Clarendon Hills, IL 60514<br><br>Person's relationship to you: Son | Cash gift | 7/2017 | $14,000.00 |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Notre Dame Parish, St Joseph Parish<br>Holy Trinity Parish | cash | various | $2,000.00 |

**Part 6:   List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

Debtor 1    Joseph J Porada, Jr.

Case number (*if known*)

## Part 7:  List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Attorney Fees | 11/29/17 | $50,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

## Part 8:  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    Joseph J Porada, Jr._____    Case number (if known) _____

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Northern Trust Co. 50 S. LaSalle St. Chicago, IL 60606 | XXXX-2009 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 9/18/17 | $4,971.00 |
| Northern Trust Co. 50 S. LaSalle St. Chicago, IL 60606 | XXXX-1151 | ☐ Checking ☐ Savings ■ Money Market ☐ Brokerage ☐ Other__ | 9/18/17 | $11,229.00 |
| Northern Trust One OakBrook Terrace Oak Brook Terrace, IL 60181 | XXXX-7397 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 9/18/17 | $4,152.00 |
| MB Financial Bank Oak Brook, IL 60521 | XXXX-2325 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 9/18/17 | $6,948.00 |
| CitiBank PO Box 6201 Sioux Falls, SD 57117 | XXXX-6389 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 9/18/17 | $2,060.00 |
| Wells Fargo PO Box 6995 Portland, OR 97228 | XXXX-4216 | ☐ Checking ☐ Savings ■ Money Market ☐ Brokerage ☐ Other__ | 9/18/17 | $1,231.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Royal Bank 21 E Ogden Ave Westmont, IL 60559 | | Cash, Copies of Will, Irrevocable Trust, Revocable Trust, Passport,  Social Security Card, Insurance policies, legal documents | ☐ No ■ Yes |

Debtor 1    Joseph J Porada, Jr.    Case number *(if known)*

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| The Lockup Self Storage<br>755 Plainfield Rd<br>Willowbrook, IL 60527 | | Financial and business records, books, clothing, furniture | ☐ No<br>■ Yes |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Joseph J Porada, Jr.         Case number *(if known)*

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

     ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

     ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

     ☐ A partner in a partnership

     ☐ An officer, director, or managing executive of a corporation

     ☐ An owner of at least 5% of the voting or equity securities of a corporation

  ☐ No. None of the above applies.  Go to Part 12.

  ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| KKJJ, LLC<br>216 Middaugh Rd<br>Clarendon Hills, IL 60514 | Owns and operates commerical shopping center<br><br>Kavooras & Bouzkoa CPA | EIN:     27-0902845<br><br>From-To   2009-present |
| Sharon Estate Limited Partnership<br>13719 W Laurel<br>Lake Forest, IL 60045 | Owns and operates manufacturing developmental housing<br><br>Robert E. Lee | EIN:     36-4059511<br><br>From-To   1998- present |
| Midwest Imaging Professionals, LLC<br>903 Commerce Dr. #333<br>Oak Brook, IL 60523 | Imaging | EIN:     45-3154648<br><br>From-To   7/2012-11/2017 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

  ■ No
  ☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Joseph J Porada, Jr.

Joseph J Porada, Jr.        Signature of Debtor 2
**Signature of Debtor 1**

Date   December  6, 2017        Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Fill in this information to identify your case:

Debtor 1        Joseph J Porada, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern District of Illinois

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income    12/15

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ■ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|   |   | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ 0.00 | $ |

| 5. | **Net income from operating a business, profession, or farm** | Debtor 1 | Debtor 2 |   |   |   |
|---|---|---|---|---|---|---|
|   | Gross receipts (before all deductions) | | $ 0.00 | | | |
|   | Ordinary and necessary operating expenses | | -$ 0.00 | | | |
|   | Net monthly income from a business, profession, or farm | $ | 0.00 | **Copy here -> $** | 0.00 | $ |

| 6. | **Net income from rental and other real property** | Debtor 1 | Debtor 2 |   |   |   |
|---|---|---|---|---|---|---|
|   | Gross receipts (before all deductions) | | $ 0.00 | | | |
|   | Ordinary and necessary operating expenses | | -$ 0.00 | | | |
|   | Net monthly income from rental or other real property | $ | 0.00 | **Copy here -> $** | 0.00 | $ |

Debtor 1    Joseph J Porada, Jr.                                                      Case number (if known) _____

|  |  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ............................................... $ ____0.00

For your spouse ............................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.                                    $ 0.00       $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

|  |  | Column A | Column B |
|---|---|---|---|
| | _____ | $ _____ | $ _____ |
| | _____ | $ 0.00 | $ _____ |
| | Total amounts from separate pages, if any. | + $ 0.00 | $ _____ |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 0.00   + $ _____   = $ 0.00

Debtor 1    Joseph J Porada, Jr.                                                Case number (*if known*)

---

| Part 2: | Sign Below |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Joseph J Porada, Jr.

Joseph J Porada, Jr.
Signature of Debtor 1

Date    December  6, 2017
MM / DD  / YYYY

---

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Joseph J Porada, Jr.                                    Case No. _____

                                               Debtor(s)               Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Per Attached Retention Agreement |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | As approved by Court |

2.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   12/6/17                                           /s/ Terence Banich
*Date*                                                 Terence Banich
                                                    *Signature of Attorney*
                                                    Shaw Fishman Glantz & Towbin LLC
                                                      321 N. Clark Street
                                                      Suite 800
                                                      Chicago, IL 60654
                                                      312-541-0151   Fax: 312-980-3888
                                                      tbanich@shawfishman.com
                                                      *Name of law firm*

# ⌐ SHAW FISHMAN
### Shaw Fishman Glantz & Towbin LLC

Terence G. Banich
**Member**
Direct 312.980.3859
Fax 312.980.3888
tbanich@shawfishman.com

November 29, 2017

**VIA E-MAIL**

Joseph Porada, M.D.
650 W. 57th St.
Clarendon Hills, Illinois 60514
jjporada@hotmail.com

>    **Re:    Retention Agreement (the "Agreement")**

Dear Dr. Porada:

On behalf of Shaw Fishman Glantz & Towbin LLC (the "Firm"), I want to thank you for the opportunity to represent you in connection with your debt restructuring activities, which may include the commencement of a reorganization case under chapter 11 of the Bankruptcy Code (the "Matter").

The Firm's policy at the outset of an engagement is to outline not only the purpose and boundaries of the relationship but also the foundation on which the Firm will provide and bill for legal services. This letter confirms the terms of our engagement and certain additional matters with respect to that engagement.

## BASIC TERMS OF ENGAGAMENT

**A.    Scope of Services and Related Matters**

*1.    Scope*

The Firm will represent the Client in connection with the Matter described above. The Client and the Firm may agree to modify the terms of this engagement, including the scope of the Matter, based upon circumstances that may arise during the course of the engagement.

The Client and the Firm both have responsibilities in this engagement. We expect the Client's complete, truthful, and prompt disclosure of all facts and developments pertaining to the Matter. Further, the Client is responsible for abiding by the fee arrangement and for prompt payment of the Firm's invoices. The Client expressly agrees that if any invoice is not timely paid, the Firm has the absolute right to terminate the engagement and immediately withdraw as counsel for the Client in the Matter.

{9095 LTR A0491904.DOC}

Joseph Porada, M.D.
November 29, 2017
Page 2

      The Firm, on the other hand, will be responsible for the following: review of underlying documents, facts and legal theories germane to the Matter; consultations with the Client as well as with co-counsel, opposing parties and counsel; preparation of necessary documents and correspondence; court appearances; and other activities relating to the Matter.

      The Firm will take direction from the Client concerning all actions that we deem advisable and will not undertake significant action without first consulting with and receiving authorization from one of you. Although the Firm will provide the Client with our best professional judgment concerning the outcome, timing, and benefits to be obtained from the results of the Matter, there are inherent uncertainties in the legal process that prevent us from guaranteeing that results will always meet expectations.

### 2.    *Identification of Client*

      The Firm has been engaged to undertake the representation of Client, and the scope of our engagement will be limited to the Matter, as outlined herein. Unless specifically agreed to in writing, the Firm has not been retained to represent, and does not have an attorney-client relationship with: (i) any member, officer, director, employee or agent of the Client; (ii) any parent, subsidiary, or other affiliate of the Client; (iii) any partnership of which the Client is a partner (general or limited) or any joint/multiple venture or unincorporated association of which the Client is a member; or (iv) any fund or account managed by the Client. (As a consequence and as provided below, the Firm may, during the representation of the Client, continue or take on representations of other clients which are adverse to any such individuals or entities (the "Client Affiliates")).

### B.    **Fees and Billing Matters**

### 1.    *Fees*

      The Firm's fees for this engagement will be based upon hourly billing rates assigned to the individuals performing the services, which vary depending primarily on seniority. My hourly rate is $475. Due consideration will also be given to other factors, including the nature of the services, the results obtained and the extent to which our efforts contributed to those results, the novelty and difficulty of the issues involved, the time constraints imposed upon us and the fees customarily charged for similar services. A list of the Firm's hourly rates for attorneys and paraprofessionals that will be applicable to this Matter is attached. Our rates, which compare favorably with those of other Chicago-area firms with similar experience and expertise, are adjusted periodically (typically around the first of each calendar year) to reflect changes in the Firm's costs and market and other conditions. Should a rate change be implemented at any time during this engagement, we will promptly advise you.

      Although Steven B. Towbin and I will have overall responsibility for your representation, other attorneys and paralegals at the Firm may work on the Matter. I will delegate projects related to the engagement to other Firm attorneys and paralegals consistent with the nature of the projects, the experience of the other attorneys or paralegals, and the need to maintain continuity in the engagement. The Firm attempts to use personnel charging the lowest hourly rate, provided that the quality and timing of the work is not compromised.

Joseph Porada, M.D.
November 29, 2017
Page 3

Travel time (excluding regular commuting) related to the matter will be billed at one-half regular rates except to the extent that a lawyer works on other matters while traveling.

## 2.     *Non-Professional Charges and Disbursements*

In addition to our professional fees, our invoice will also include a listing of out-of-pocket expenses directly attributable to the engagement. Such expenses, charged at the Firm's actual cost, would include items such as filing fees, transcript costs, Westlaw and other online research charges, messenger and delivery charges, photocopies, and travel costs.

Non-professional charges represent charges we assess for non-professional support services where the amounts attributable to each matter cannot be determined directly from invoices. These support services may be rendered by third parties (as in the case of computerized research), in which case our charge is based on an allocation of the actual cost to us in providing the service, or they may be provided directly by the firm (as in the case of document processing), in which case our charge is based upon consideration of our cost as well as the customary charges of alternative providers.

Disbursements, on the other hand, represent dollar-for-dollar reimbursement of amounts paid by the firm to third parties on your behalf, where the specific amounts attributable to each matter can be determined directly from the invoices rendered by such third parties.

Unless special arrangements are made, fees and expenses of others (such as local counsel, experts, investigators, witnesses, consultants and court reporters) and other large disbursements will not be paid by our firm and will be the responsibility of, and billed directly to, the Client.

## 3.     *Billing Frequency*

Prior to the filing of a bankruptcy case, the Firm will submit invoices on a monthly basis, which invoices shall be payable upon receipt. Subsequent to the filing of a bankruptcy case, invoices, fees and expenses will be treated in accordance with the Bankruptcy Code, applicable rules and order of the bankruptcy court.

The Firm is requiring the payment of a $50,000 retainer ("Retainer") from you to commence our representation under this engagement and will ask for an additional retainer to insure (a) all services and expenses provided prior to the commencement of the bankruptcy case are accounted for and (b) services and expenses provided post-filing will be accounted for as well. Any Retainer will be treated by the Firm as an advance payment retainer. Please be advised, that as a client, you generally have the right to ask that your retainer be treated as a security retainer that would be maintained in our client trust account for your benefit, rather than as the requested advance payment retainer. However, in light of the financial issues that you are experiencing, the risk of attachment and the nature of debtor representation in general, our firm will not undertake representation of you unless the Retainer is agreed to be, and treated as an advance payment retainer. Accordingly, by your signature herein below, you acknowledge that any Retainer is an advanced payment to the Firm for legal services to be rendered in connection with the Matter.

Joseph Porada, M.D.
November 29, 2017
Page 4

### 4.      *Terms of Payment*

Our bills are payable upon receipt and are expected to be paid within thirty (30) days after the bill date. You may find it convenient to wire transfer your remittances directly to our bank account at:

| | |
|---|---|
| Account Name: | Shaw Fishman Glantz & Towbin LLC |
| Account No.: | 1760001155 |
| ABA No.: | 071001737 |
| Bank Address: | MB Financial Bank N.A.<br>1200 N. Ashland Ave.<br>Chicago, IL 60622 |

If for some reason you do not timely pay our invoices, work on the Matter cannot continue and we will be forced to withdraw from representation of the Client in connection with this Matter. In the unfortunate event that we are required to institute collection proceedings for any unpaid invoices, the Client agrees that the Firm will have the right to seek and recover, and Client will pay, all of the Firm's costs and expenses in conjunction therewith, including reasonable attorneys' fees, at trial and through all levels of appellate review. We have found that problems and misunderstandings about billing can be greatly minimized by promptly raising questions or comments about our services and charges.

### C.      Termination

Either the Client or the Firm may terminate this engagement at any time for any reason by written notice, subject on our part to applicable rules of professional responsibility. Unless previously terminated, this engagement will terminate upon the completion of our assignment. Upon termination of this engagement and unless otherwise specifically agreed in writing, the Firm's representation of the Client will end, and thereafter there will be no ongoing attorney-client relationship between the Firm and the Client or obligations of the Firm to advise you with respect to changes in law or other developments.

### D.      Governing Law

This Agreement shall be governed by and construed in accordance with the law of the State of Illinois, without regard to conflict of law provisions that might provide for the application of the law of any other jurisdiction.

## ADDITIONAL MATTERS RELATING TO THIS ENGAGEMENT

The commencement of instructions from the Client, or continuation of instructions to us on this Matter constitutes your full acceptance of the terms set out above and below. With respect to the matters set forth below, we ask that you also confirm your agreement, after obtaining any further information you deem necessary and after such advice from other counsel as the Client deems appropriate by signing and returning to us a copy of this letter. Based on our prior discussions, the Firm understands and assumes that these additional terms govern our engagement, but requests that you confirm your agreement in writing for our files.

{9095 LTR A0491904.DOC}

Joseph Porada, M.D.
November 29, 2017
Page 5

## A.    Conflicts, Disclosures and Consents

We are not aware of any other representation by the Firm, which would preclude us from undertaking this engagement or adversely affect our ability to complete it. The Client is not aware of any information to the contrary.

Solely during the term of this engagement, the Firm agrees that it will not accept representation of another client to pursue interests that are directly adverse to those interests of the Client in this Matter, unless and until we make full disclosure to the Client of all the relevant facts and circumstances of our undertaking the two representations, and confirm to you in good faith that we have done so and that each of the following criteria is met: (i) there is no substantial relationship between any matter in which we are representing the Client and the matter for the other client; (ii) any confidential information that we have received from the Client will not be available to the lawyers and other personnel involved in the representation of the other client; (iii) our effective representation of the Client and the discharge of our professional responsibilities to the Client will not be prejudiced by our representation of the other client; and (iv) both clients have consented in writing based on our full disclosure of the relevant facts and circumstances of our undertaking the two representations.

In addition, we may consult at our own expense with lawyers at Shaw Fishman or elsewhere with respect to our own ethical and professional obligations with respect to our representation of you. The Client consents to such consultations, waives any conflict of interest relating thereto, and agrees that such consultations are protected by Shaw Fishman's own attorney-client privilege.

## B.    Use of Information Obtained in Other Representations

It is possible that, in connection with its representations of other clients, the Firm may have obtained or may obtain in the future information with respect to the Client or other matters which the Firm may be prohibited from disclosing to the Client or using in connection with our representation of the Client because of obligations to such client or otherwise. The Client acknowledges and agrees that the Firm is not under an obligation to disclose such information to the Client or to use such information in connection with our representation of the Client and the Client further agrees that it will not assert that the Firm has an actual or potential conflict or has breached any duty or obligation to the Client by virtue of the Firm's possession of such information, our not revealing such information to the Client, and/or our not using such information in connection with our representation of the Client.

## C.    Client Files

Upon completion or other termination of this engagement and payment of our final bill (unless otherwise required by law), the Client's files with respect to this engagement (the "File") will be delivered to you at your request. The Client acknowledges and agrees that the Client's files do not include the Firm's accounting records, or other internal Shaw Fishman documents, e-mails or communications or drafts of any documents prepared by us in connection with this engagement. We will retain documents relating to this engagement only so long as we deem appropriate or as required by law and thereafter may dispose of documents or other materials.

{9095 LTR A0491904.DOC}

Joseph Porada, M.D.
November 29, 2017
Page 6

The Firm will have no obligation to maintain or store the Client's files or related papers, documents, and other tangible things following termination of the engagement, except as required by Illinois law. If you do not take possession of the File within thirty (30) days of termination of the engagement, we will have the right but not the obligation to destroy the File in a confidential manner.

**D.     Data Protection**

The Firm will collect, process, store and transfer all personal data disclosed to us by you ("Personal Information") in compliance with relevant data protection laws and regulations for the purposes set out in our Privacy Policy (http://www.shawfishman.com/privacy/). You acknowledge and agree that we may collect, process, store and transfer your personal data within the offices of the Firm and/or to our agent(s) (including any third parties retained by us together with their successors and assigns), including to a jurisdiction outside the European Economic Area, in accordance with relevant data protection laws and regulations and as set out in our Privacy Policy.

**E.     Confidentiality of Materials Submitted to the Firm**

The Firm agrees that all Invoices, and all other materials and information provided to the Firm in connection with the Matter, will be kept confidential and will not be discussed with or disclosed to any third party who is not the Client, except to the extent necessary to be disclosed in any legal proceeding relating to the fees, or as required by process of law.

* * * * *

Please signify your agreement to the arrangement for legal services described in this letter by returning a signed copy of this engagement letter (as an e-mail attachment if convenient) to us as promptly as possible. We appreciate the opportunity to represent you and will endeavor to provide prompt, efficient, and responsive services at all times. If you have any questions, please feel free to call me.

Very truly yours,

SHAW FISHMAN GLANTZ & TOWBIN LLC

Terence G. Banich

Agreed to this 29 day of November, 2017

Joseph Porada, M.D.

*Joseph Parada M.D*

| 2017 STANDARD HOURLY RATES | |
| --- | --- |
| MEMBERS | |
| Robert M. Fishman | $725.00 |
| Steven B. Towbin | $725.00 |
| Ira Bodenstein | $525.00 |
| Robert W. Glantz | $530.00 |
| Brian L. Shaw | $545.00 |
| Peter J. Roberts | $495.00 |
| Thomas M. Horan | $495.00 |
| Jeffrey L. Widman | $480.00 |
| Richard A. Saldinger | $480.00 |
| David S. Horwitch | $475.00 |
| Allen J. Guon | $475.00 |
| Terence G. Banich | $475.00 |
| Mark L. Radtke | $475.00 |
| Joseph L. Cohen | $420.00 |
| S. Jarret Raab | $420.00 |
| Gordon E. Gouveia | $435.00 |
| Carrie E. Davenport | $420.00 |
| David L. Shaw | $390.00 |
| OF COUNSEL | |
| Richard M. Fogel | $475.00 |
| Jennifer L. Goldstone | $425.00 |
| Johnna M. Darby | $425.00 |
| Genevieve M. Daniels | $395.00 |
| John W. Guzzardo | $395.00 |
| ASSOCIATES | |
| Laura E. Caplin | $365.00 |
| David R. Doyle | $355.00 |
| Allison B. Hudson | $325.00 |
| Christina Sanfelippo | $270.00 |
| PARAPROFESSIONALS | |
| Patricia Fredericks | $220.00 |
| Carlene S. Gordon | $220.00 |
| Robert R. Damon | $190.00 |
| Bernard Thomas | $145.00 |
| Maria Zavala | $145.00 |

# United States Bankruptcy Court
## Northern District of Illinois

In re    Joseph J Porada, Jr.                                                    Case No.
                                          Debtor(s)              Chapter      11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                  17

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    December  6, 2017                      /s/ Joseph J Porada, Jr.
                                               Joseph J Porada, Jr.
                                               Signature of Debtor

Comcast/Xfinity
PO Box 3002
Southeastern, PA 19398-3002


ComEd
3 Lincoln Center
Attn: Bankrupcy Group
Oakbrook Terrace, IL 60181


Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602


Country Acres Condominium Assoc
Country Acres HOA
640 Murray Lane Box CACHA
Des Plaines, IL 60016


Estate of Arthur M Heath
c/o Latimer Levay Fyock LLC
55 W Monroe St #1100
Chicago, IL 60603


Illinois Dept. of Revenue
P.O. Box 19017
Springfield, IL 62794-9017


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James Porada
650 W 57th St
Clarendon Hills, IL 60514


James Yiu-Tin Ching
c/o Scopelitis Garvin Light
30 W Monroe St #600
Chicago, IL 60603


Laura J. Porada
216 Middaugh Rd
Clarendon Hills, IL 60514

Mohammad Rezai MD
c/o Latimer Levay Fyock LLC
55 W Monroe St #1100
Chicago, IL 60603


Nicor Gas
Bankruptcy Dept
PO Box 549
Aurora, IL 60507


Northern Trust Platinum Visa
PO Box 6335
Fargo, ND 58125-6335


Philip Ducato
650 W. 57th St #1
Clarendon Hills, IL 60514


Rathje & Woodward LLC
300 E Roosevelt Rd
Wheaton, IL 60187


Robin B. Blakkolb, DDS
6800 S. Main St #106
Downers Grove, IL 60516


Xfinity
155 Industrial Dr
Elmhurst, IL 60126