UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
                                                    )
                                                    )   Case No. 17bk36268
JOSEPH J PORADA JR.,                                )
                                                    )   Chapter 11
                                                    )
Debtor.                                             )   Honorable Timothy A. Barnes
                                                    )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO RATHJE & WOODWARD, LLC, SPECIAL COUNSEL FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 63,332.00 | TOTAL COSTS REQUESTED: | $ 2,958.70 |
| TOTAL FEES REDUCED: | $ 2,211.60 | TOTAL COSTS REDUCED: | $ 18.00 |
| TOTAL FEES ALLOWED: | $ 61,120.40 | TOTAL COSTS ALLOWED: | $ 2,940.70 |

**TOTAL FEES AND COSTS ALLOWED: $ 64,061.10**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     **Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 539.10**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(2)     **Insufficient Description – TOTAL of disallowed amounts: $ 1,672.50**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same). Entries for conferences must say who the conference was with specifically and what the conference was about in order for the court to determine the benefit to the estate.

(3)    No Benefit to the Estate – TOTAL of disallowed amounts: $ 18.00

    The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). Expenses for a counsel's routine in town travel expenses confer no benefit to the estate and are not reimburseable in this district absent an explanation regarding necessity.

Dated: November 27, 2018

                                                    Timothy A. Barnes
                                                  United States Bankruptcy Judge

JOHN S. WORTHEN

**RATHJE WOODWARD LLC**
300 East Roosevelt Road
Wheaton, IL 60187
Tel. (630) 668-8500   Fax (630) 668-9218

Invoice submitted to:

Dr. Joseph J. Porada
P. O. Box 31232
Chicago, IL 60631-0232

October 11, 2018

File #:   jsw18318
Inv #:    48875

RE:   Consulting Services

| DATE | LAWYER | DESCRIPTION | HOURS | AMOUNT | |
|---|---|---|---|---|---|
| 12-07-17 | CLP | Review suggestion of bankruptcy and file same. | 0.20 | 65.00 | |
| | TDE | Review bankruptcy materials. | 0.50 | 162.50 | |
| 12-08-17 | TDE | Review petition. | 0.40 | 130.00 | |
| 12-19-17 | TDE | Telephone conference with T. Banich re: status. | 0.30 | 97.50 | |
| 01-05-18 | TDE | Review and revise retention motion. | 1.00 | 325.00 | |
| 01-12-18 | TDE | Review and revise proposed motion. | 1.30 | 422.50 | |
| | TDE | Telephone conference with bankruptcy counsel re same. | 0.20 | 65.00 | |
| 02-01-18 | JSW | Review with JJP of need for motion for tax engagement. | 0.30 | 97.50 | |
| 02-05-18 | JSW | Review and proposed revision to motion for tax engagement by JJP. | 1.20 | 390.00 | |
| 02-14-18 | JSW | Review of motion and comments to TDE. | 0.50 | 162.50 | |
| | TDE | Telephone conferences with co-counsel and client re same. | 0.50 | 162.50 | (1) Lumping |

MAKE CHECKS PAYABLE TO:
RATHJE WOODWARD LLC

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | TDE | Review draft motion. | 0.80 | 260.00 |
| 02-15-18 | JSW | Review of motion and comments to TDE. | 0.50 | 162.50 |
| | TDE | Review final motion. | 0.10 | 32.50 |
| | TDE | Telephone conference with T. Banich re same. | 0.10 | 32.50 |
| 03-02-18 | JSW | Bankruptcy counsel (T. Banich) order matters. | 0.60 | 195.00 |
| 04-02-18 | JSW | Review of need for motion for tax engagement. Related information requests to J. Porada. | 0.80 | 260.00 |
| 04-05-18 | JSW | Bankruptcy counsel (T. Banich) order matters. | 0.60 | 195.00 |

Total Fees                                              9.90        $3,217.50

**Total Fee & Disbursements**                                       $3,217.50

**Balance Now Due**                                                 $3,217.50

### AGED ACCOUNTS RECEIVABLE SUMMARY

| <30 DAYS | <60 DAYS | <90 DAYS | <120 DAYS | >120 DAYS |
|---|---|---|---|---|
| $3,217.50 | $0.00 | $0.00 | $0.00 | $0.00 |

### TIMEKEEPER SUMMARY

| Initials | Timekeeper Name | Hours | Amount |
|---|---|---|---|
| CLP | CHARLES L PHILBRICK | 0.20 | $65.00 |
| JSW | JOHN S. WORTHEN | 4.50 | $1,462.50 |
| TDE | TIMOTHY D. ELLIOTT | 5.20 | $1,690.00 |

JOHN S. WORTHEN
**RATHJE WOODWARD LLC**
300 East Roosevelt Road
Wheaton, IL 60187
Tel. (630) 668-8500   Fax (630) 668-9218

---

Invoice submitted to:

Dr. Joseph J. Porada
P. O. Box 31232
Chicago, IL 60631-0232

October 11, 2018

File #:   JSW17373
Inv #:   48876

RE:   State Court Litigation/Appeal

| DATE | LAWYER | DESCRIPTION | HOURS | AMOUNT | |
|---|---|---|---|---|---|
| 12-14-17 | TDE | Review pleadings. | 0.30 | 97.50 | |
| 01-18-18 | TDE | Telephone conference with T. Banich re notice of appeal. | 0.30 | 97.50 | |
| 01-30-18 | TDE | Prepare for hearing. | 1.10 | 357.50 | |
|  | TDE | Review judgment calculations. | 0.30 | 97.50 | |
| 01-31-18 | TDE | Prepare for, travel to, and participate in hearing. | 1.70 | 552.50 | (1) Lumping |
|  | TDE | Telephone conference with client and co-counsel re same. | 0.50 | 162.50 | |
| 02-08-18 | TDE | Review pleadings. | 0.80 | 260.00 | |
| 02-09-18 | TDE | Telephone conferences with client and co-counsel re scope of engagement. | 0.50 | 162.50 | (1) Lumping |
| 02-16-18 | DPH | Research and draft notice of appeal. | 0.50 | 130.00 | (1) Lumping |
| 02-20-18 | TDE | Review pleadings. | 0.50 | 162.50 | |
| 02-21-18 | DPH | Draft notice of appeal and docketing statement. | 1.50 | 390.00 | |

MAKE CHECKS PAYABLE TO:
RATHJE WOODWARD LLC

| Date | Atty | Description | Hours | Amount | Notes |
|---|---|---|---|---|---|
| 02-22-18 | NW | Review appellate rules. | 0.30 | 45.00 | |
| | NW | Revise initial appellate pleadings. | 0.40 | 60.00 | |
| | NW | Confer with D. Hollander. | 0.20 | 30.00 | (2) Insufficient Description |
| 02-23-18 | DPH | Draft notice of appeal and docketing statement. | 0.80 | 208.00 | |
| | NW | Confer with D. Hollander. | 0.30 | 45.00 | (2) Insufficient Description |
| | NW | Review and revise notice and appearance. | 0.50 | 75.00 | |
| | NW | Contact clerk. | 0.10 | 15.00 | |
| 03-01-18 | TDE | Review pleadings to initiate appeal. | 0.60 | 195.00 | |
| | TDE | Conference with D. Hollander re same. | 0.30 | 97.50 | |
| | DPH | Draft notice of appeal. | 0.20 | 52.00 | |
| | DPH | Conference with TDE regarding appellate brief. | 0.30 | 78.00 | |
| 03-05-18 | DPH | Draft docketing statement. | 0.70 | 182.00 | |
| | DPH | Draft email to Dr. Porada regarding the same. | 0.10 | 26.00 | |
| 03-07-18 | TDE | Review docketing statement. | 0.30 | 97.50 | |
| | TDE | Conference with D. Hollander re same. | 0.20 | 65.00 | |
| 03-09-18 | DPH | Finalize docketing statement. | 0.50 | 130.00 | |
| 03-12-18 | DPH | Continue drafting docketing statement. | 0.30 | 78.00 | |
| 04-03-18 | DPH | Telephone call and email correspondence with Terry Banich to provide update on the pending appeal. | 0.40 | 104.00 | (1) Lumping |
| 04-04-18 | TDE | Telephone conference with T. Banich. | 0.40 | 130.00 | (2) Insufficient Description |

| Date | Atty | Description | Hours | Amount | Note |
|---|---|---|---|---|---|
| 04-23-18 | NW | Calls to Appellate Clerk and Cook County Civil Appeals Division re: status. | 0.50 | 75.00 | (1) Lumping |
| 04-28-18 | DPH | Draft motion for extension of time to file record on appeal. | 1.00 | 260.00 | |
| 05-01-18 | TDE | Review and revise motion. | 0.70 | 227.50 | |
| | TDE | Telephone conference with clerk. | 0.10 | 32.50 | |
| | NW | Confer with T. Elliott and D. Hollander. | 0.30 | 45.00 | (2) Insufficient Description |
| | NW | Call with G. Peterson of Cook Co Appeals Division. | 0.30 | 45.00 | |
| 05-09-18 | NW | Confer with T. Elliott and D. Hollander; contact Cook County Appeals Division and Appellate Clerk re record confirmation and status of motion. | 0.20 | 30.00 | (1) Lumping |
| 05-14-18 | TDE | Review appellate court order. | 0.10 | 32.50 | |
| | TDE | Conference with D. Hollander re same. | 0.20 | 65.00 | |
| 05-25-18 | DPH | Draft appellate opening brief. | 2.30 | 598.00 | |
| 05-29-18 | DPH | Review common law record to identify missing orders and filings. | 3.80 | 988.00 | |
| | DPH | Draft stipulation to supplement record. | 0.40 | 104.00 | |
| 05-30-18 | TDE | Review proposed filing for appeal. | 0.20 | 65.00 | |
| | TDE | Telephone conference with client and client's bankruptcy counsel re same. | 0.50 | 162.50 | |
| | DPH | Draft motion for leave to file amended record and for extension of time. | 1.30 | 338.00 | |
| | DPH | Draft affidavit in support of the same. | 0.80 | 208.00 | |
| | DPH | Draft stipulation to supplement record. | 1.00 | 260.00 | |
| 06-01-18 | DPH | Draft opening brief. | 4.00 | 1,040.00 | |

| Date | Atty | Description | Hours | Amount | Notes |
|---|---|---|---|---|---|
| | DPH | Review materials in record. | 0.50 | 130.00 | |
| | DPH | Review caselaw. | 0.70 | 182.00 | |
| 06-04-18 | DPH | Draft opening brief to appeal. | 3.80 | 988.00 | |
| | DPH | Research statutory issues. | 2.20 | 572.00 | |
| 06-06-18 | DPH | Draft motion for extension of time. | 1.50 | 390.00 | |
| 06-07-18 | DPH | Draft amended motion for extension of time. | 0.30 | 78.00 | |
| | DPH | Email and telephone calls with Plaintiffs' counsel to arrange supplemental record. | 0.20 | 52.00 | (1) Lumping |
| 06-12-18 | DPH | Revise stipulation for supplemental record. | 1.00 | 260.00 | |
| 06-15-18 | DPH | Telephone call with appellate court to arrange for motion for extension of time. | 0.20 | 52.00 | |
| | DPH | Review exhibits to identify necessary supplement to record. | 0.60 | 156.00 | |
| | NW | Review Stipulation. | 0.20 | 30.00 | |
| | NW | Compile and prepare necessary documents. | 0.60 | 90.00 | |
| 06-27-18 | DPH | Finalize circuit court stipulation for supplemental record. | 0.20 | 52.00 | |
| | DPH | Email correspondence with opposing counsel regarding the same. | 0.20 | 52.00 | |
| 06-28-18 | NW | Confer with D. Hollander. | 0.20 | 30.00 | (2) Insufficient Description |
| | NW | Format, designate and finalize documents for filing. | 3.10 | 465.00 | (1) Lumping |
| | NW | Create SharePoint. | 0.30 | 45.00 | |
| | NW | Correspond with opposing counsel. | 0.40 | 60.00 | (2) Insufficient Description |

| Date | Atty | Description | Hours | Amount | Notes |
|---|---|---|---|---|---|
| 06-29-18 | DPH | Draft appellate opening brief. | 0.50 | 130.00 | |
| 07-02-18 | DPH | Draft appellate opening brief. | 3.90 | 1,014.00 | |
| | DPH | Review trial transcripts. | 1.70 | 442.00 | |
| 07-03-18 | DPH | Draft appellate brief. | 2.30 | 598.00 | |
| 07-04-18 | DPH | Draft appellate opening brief. | 3.20 | 832.00 | |
| 07-05-18 | TDE | Review and revise appellate brief. | 1.10 | 357.50 | |
| 07-09-18 | TDE | Review and revise appellate brief. | 1.40 | 455.00 | |
| | DPH | Draft motion for extension of time to file supplemental record and opening brief. | 0.40 | 104.00 | |
| | DPH | Draft affidavit and proposed order in support of the same. Email and telephone calls to opposing counsel to obtain agreement to the same | 1.00 | 260.00 | (1) Lumping |
| | DPH | Email and telephone calls to opposing counsel to obtain agreement to the same. | 0.30 | 78.00 | (1) Lumping |
| | NW | Contact Supervisor of Cook County Civil Appeals Division. | 0.30 | 45.00 | |
| | NW | Format Stipulation and accompanying documents for supplemental record. | 1.20 | 180.00 | |
| | NW | Upload Stipulation, Request and additional documents into Cook County Appeals portal. | 0.30 | 45.00 | |
| | NW | Confer with D. Hollander. | 0.50 | 75.00 | (2) Insufficient Description |
| 07-10-18 | NW | Follow up with Appellate division. | 0.30 | 45.00 | |
| 07-11-18 | DPH | Telephone call with clerk's office to sort out filing issues. | 0.30 | 78.00 | |
| 07-18-18 | TDE | Conference with D. Hollander re status of record. | 0.30 | 97.50 | |

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 07-20-18 | TDE | Review and revise appellate brief. | 1.50 | 487.50 | |
| 07-25-18 | TDE | Conference with D. Hollander re status. | 0.30 | 97.50 | |
| | DPH | Telephone call with clerk's office to arrange for extension of time. | 0.40 | 104.00 | |
| | DPH | Reviiew Supreme Court Rules. | 0.10 | 26.00 | |
| 07-26-18 | NW | Confer with Cook County Civil Appeals Division deputy clerk, Pat O'Brien. | 0.30 | 45.00 | |
| | NW | Format and upload all trial exhibits separately and individually into Appellate portal. | 1.70 | 255.00 | |
| | NW | Follow up with D. Hollander. | 0.50 | 75.00 | (2) Insufficient Description |
| 08-02-18 | DPH | Review record on appeal for completeness. | 0.40 | 104.00 | |
| 08-03-18 | DPH | Review supplemental record on appeal for completeness. | 1.40 | 364.00 | |
| 08-06-18 | DPH | Work through issues with supplemental record. | 0.50 | 130.00 | |
| 08-08-18 | TDE | Draft and revise appellate brief. | 3.50 | 1,137.50 | |
| 08-09-18 | TDE | Draft and revise appellate brief. | 2.90 | 942.50 | |
| 08-10-18 | TDE | Draft and revise appellate brief. | 2.50 | 812.50 | |
| | DPH | Draft appellate opening brief. | 3.50 | 910.00 | |
| | DPH | Review record. | 0.50 | 130.00 | |
| | NW | Review bankruptcy docket. | 0.50 | 75.00 | |
| | NW | Retrieve necessary pleadings. | 0.30 | 45.00 | |
| | NW | Review file for documents for use in brief. | 0.40 | 60.00 | |
| | NW | Contact clerk re supplemental record filing. | 0.20 | 30.00 | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08-11-18 | DPH | Draft appellate openning brief. | 5.60 | 1,456.00 |
| | DPH | Review record for cites. | 1.20 | 312.00 |
| | DPH | Review caselaw. | 1.20 | 312.00 |
| 08-13-18 | TDE | Review, revise and edit brief. | 3.40 | 1,105.00 |
| | TDE | Conference with D. Hollander re same. | 0.40 | 130.00 |
| | TDE | Review trial transcript and pleadings. | 2.10 | 682.50 |
| | DPH | Draft appellate opening brief. | 4.60 | 1,196.00 |
| | DPH | Conferences with T. Elliott and N. Winters re same. | 0.40 | 104.00 |
| 08-14-18 | TDE | Review, revise and edit brief. | 3.90 | 1,267.50 |
| | TDE | Review post-judgment motions and other pleadings. | 3.10 | 1,007.50 |
| | TDE | Conference with client re same. | 1.00 | 325.00 |
| | DPH | Work through issues with supplemental record. | 0.50 | 130.00 |
| | DPH | Draft appellate opening brief. | 4.20 | 1,092.00 |
| | DPH | Prepare appendix to brief. | 3.80 | 988.00 |
| | NW | Cite check brief | 1.50 | 225.00 |
| 08-15-18 | TDE | Prepare and revise appellate brief. | 6.30 | 2,047.50 |
| | TDE | Review trial record. | 1.30 | 422.50 |
| | TDE | Conference with client re same. | 0.40 | 130.00 |
| | DPH | Draft appellate opening brief. | 6.20 | 1,612.00 |
| | DPH | Prepare appendix to brief. | 1.80 | 468.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | DPH | Review cited authorities. | 2.00 | 520.00 | |
|  | KAW | Research standard of review on appeal for a trial court's refusal to grant specific performance of a contract. | 1.90 | 494.00 | |
|  | NW | Review brief. | 1.00 | 150.00 | |
|  | NW | Conclude cite check on brief. | 3.90 | 585.00 | |
|  | NW | Revise brief. | 0.80 | 120.00 | |
|  | NW | Prepare and finalize appendix and table of contents. | 2.10 | 315.00 | |
|  | NW | Confer with team. | 0.30 | 45.00 | (2) Insufficient Description |
|  | NW | Finalize brief and exhibits. | 0.40 | 60.00 | |
|  | NW | E-file and serve same. | 0.20 | 30.00 | |
|  | NW | Conference with T. Elliott re same. | 0.30 | 45.00 | |
| 08-16-18 | TDE | Review finalized brief. | 0.80 | 260.00 | |
| 09-12-18 | TDE | Telephone conference with T. Banich. | 0.70 | 227.50 | (2) Insufficient Description |
| 09-13-18 | TDE | Review pleadings. | 0.40 | 130.00 | |
| 09-18-18 | TDE | Review appellate brief. | 0.80 | 260.00 | |
| 09-21-18 | DPH | Draft appellate reply brief. | 1.40 | 364.00 | |
| 09-22-18 | DPH | Draft appellate response brief | 3.60 | 936.00 | |
| 09-24-18 | DPH | Draft appellate response brief. | 1.70 | 442.00 | |
| 09-25-18 | DPH | Conference with TDE regarding appellate reply brief. | 0.50 | 130.00 | |
| 09-26-18 | TDE | Review appellate brief; conference with D. Hollander re same. | 0.40 | 130.00 | (1) Lumping |

| Date | Atty | Description | Hours | Amount | Notes |
|---|---|---|---|---|---|
| | DPH | Draft reply in support of appeal. | 6.10 | 1,586.00 | |
| | DPH | Review response brief. | 1.90 | 494.00 | |
| | DPH | Review authorities. | 2.50 | 650.00 | |
| 09-27-18 | DPH | Draft reply in support of appeal. | 0.50 | 130.00 | |
| 09-28-18 | TDE | Review and revise reply brief; review pleadings. | 2.40 | 780.00 | (1) Lumping |
| | DPH | Draft reply brief in support of appeal. | 4.80 | 1,248.00 | |
| 10-01-18 | TDE | Review and revise reply brief. | 3.50 | 1,137.50 | |
| 10-02-18 | TDE | Review and revise reply brief. | 2.80 | 910.00 | |
| 10-03-18 | TDE | Review reply brief. | 1.80 | 585.00 | |
| | TDE | Draft revisions to same. | 3.20 | 1,040.00 | |
| | DPH | Draft appellate reply brief. | 3.90 | 1,014.00 | |
| | DPH | Multiple revisions to same. | 2.20 | 572.00 | |
| | NW | Confer with D. Hollander; cite check brief; review, finalize and format brief; efile same; serve same. | 3.50 | 525.00 | (1) Lumping |
| 10-04-18 | TDE | Review appellate filing. | 0.30 | 97.50 | |
| | DPH | Draft motion for leave to file reply brief instanter; finalize service and extra copies for the court. | 0.70 | 182.00 | (1) Lumping |
| | NW | Confer with D. Hollander; calls to Clerk. | 0.30 | 45.00 | (1) Lumping |
| 10-05-18 | DPH | Draft motion for leave to file instanter. | 1.00 | 260.00 | |
| | NW | Call with Clerk's office re brief. | 0.20 | 30.00 | |
| | | Total Fees | 206.90 | $54,651.50 | |

## DISBURSEMENTS

| Date | Description | Amount | Note |
|---|---|---:|---|
| | Photocopy and Printing Charge | 53.60 | |
| Dec-07-17 | US Courts: filing fee for suggestion of bankruptcy 12/07/2017 JSW17373 | 3.95 | |
| | Pacer Research | 3.80 | |
| Feb-07-18 | Parking expense TDE 01/31/2018 JSW17373 | 18.00 | (3) No benefit to the estate |
| Feb-27-18 | Pacer Research | 3.70 | |
| Mar-01-18 | Pacer Research | 0.30 | |
| Mar-12-18 | Efile Appearance 03/09/2018 JSW17373 | 30.87 | |
| | US Courts: Request for Record Appeal 03/08/2018 JSW17373 | 117.00 | |
| Mar-14-18 | Pacer Research | 0.30 | |
| Apr-03-18 | Pacer Research | 0.10 | |
| May-03-18 | Fee for Record on Appeal 05/03/2018 JSW17373 | 674.70 | |
| May-31-18 | Document delivery charge JSW17373 | 90.00 | |
| Jul-27-18 | Cook County Circuit Clerk: Supplemental Record on Appeal request JSW17373 | 3.95 | |
| | Fee for Filing appeal - supplemental record on appeal JSW17373 | 255.90 | |
| Jul-31-18 | Westlaw - Research | 389.08 | |
| Aug-10-18 | Pacer Research | 0.70 | |
| Aug-16-18 | Courier delivery (UPS) - Delivered to First District Clerk of Appellate Court. | 41.67 | |
| Aug-31-18 | Westlaw - Research | 78.29 | |
| | Westlaw - Research | 256.37 | |
| | Westlaw - Research | 74.20 | |
| Sep-30-18 | Westlaw - Research | 862.22 | |

| | | |
|---|---|---:|
| | Total Costs | $2,958.70 |
| | Total Fee & Disbursements | $57,610.20 |
| | Balance Now Due | $57,610.20 |

### AGED ACCOUNTS RECEIVABLE SUMMARY

| ≤30 DAYS | ≤60 DAYS | ≤90 DAYS | ≤120 DAYS | >120 DAYS |
|---|---|---|---|---|
| $57,610.20 | $0.00 | $0.00 | $0.00 | $0.00 |

## TIMEKEEPER SUMMARY

| Initials | Timekeeper Name | Hours | Amount |
|---|---|---|---|
| TDE | TIMOTHY D. ELLIOTT | 62.10 | $20,182.50 |
| DPH | DAVID P HOLLANDER | 114.00 | $29,640.00 |
| KAW | KAITLYN WILD | 1.90 | $494.00 |
| NW | NICOLE A. WINTERS | 28.90 | $4,335.00 |

JOHN S. WORTHEN

**RATHJE WOODWARD LLC**
300 East Roosevelt Road
Wheaton, IL 60187
Tel. (630) 668-8500   Fax (630) 668-9218

---

Invoice submitted to:

Dr. Joseph J. Porada
P. O. Box 31232
Chicago, IL 60631-0232

October 11, 2018

File #:   JSW18319
Inv #:    48877

RE:   Tax/Accounting Advice

| DATE | LAWYER | DESCRIPTION | HOURS | AMOUNT | |
|------|--------|-------------|-------|--------|---|
| 01-24-18 | JSW | Tax compliance conflict and bankruptcy ramification review with J. Porada. | 0.50 | 162.50 | |
| 02-13-18 | JSW | Review of attorney v accountant privilege matters in connection with revision to motion Code sec 7525 research. | 2.20 | 715.00 | |
| 03-22-18 | JSW | 2016-17 tax matters. | 0.60 | 195.00 | (2) Insufficient Descriptin |
| 03-27-18 | JSW | 2016-17 tax matters. | 0.50 | 162.50 | (2) Insufficient Descriptin |
| 04-17-18 | JSW | 2015-2017 income tax matters. | 0.50 | 162.50 | (2) Insufficient Descriptin |
| 04-18-18 | JSW | Tax matters review with J. Porada. | 0.60 | 195.00 | |
| 04-25-18 | JSW | Review of Court Orders re: transfer of interests by J. Porada to Rezai, Ching, Heath Estate. | 0.30 | 97.50 | |
|          | JSW | Tax research effective date for compliance purposes. | 1.10 | 357.50 | |
| 04-26-18 | JSW | 2016-17 tax matters. | 1.20 | 390.00 | (2) Insufficient Descriptin |

MAKE CHECKS PAYABLE TO:
RATHJE WOODWARD LLC

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 06-22-18 | JSW | Review for T. Banich of JJP qualified plan max contributions for consistency with prior years. | 0.50 | 162.50 | |
| 06-28-18 | JSW | Review of Country Acres materials with T. Banich. | 0.30 | 97.50 | |
| 07-03-18 | JSW | Follow up with T. Banich re: Country Acres HOA accounting review. | 0.30 | 100.50 | |
| 07-09-18 | JSW | Review of Country Acres Assn accounting for Des Plaines condo and comments to T. Banich. | 1.80 | 585.00 | |
| 07-23-18 | JSW | Review of Country Acres discovery matters with T. Banich. | 0.40 | 130.00 | |
| 08-01-18 | JSW | Review of T. Banich status report to J. Porada. | 0.30 | 97.50 | |
| 08-02-18 | JSW | Follow up with T. Banich re: Country Acres HOA accounting land trust agreement for review. | 0.30 | 97.50 | |
| 08-07-18 | JSW | Review of T. Banich correspondence to J. Porada re: Desplaines condo HOA accounting due diligence; email to T. Banich as to due diligence for HOA legal fee charges to Porada condo account. | 0.30 | 97.50 | |
| 08-09-18 | JSW | Review of accounting due diligence matters with T. Banich. Review of subpoena to Sandra Kahn re: Country Acres HOA due diligence scope and status report to J. Porada. | 0.40 | 130.00 | (1) Lumping |
| 08-10-18 | JSW | Status review of accounting due diligence matters with T. Banich. Receipt of Parkway report and related materials; preliminary review. | 0.50 | 162.50 | (1) Lumping |
| 09-10-18 | JSW | Review of T. Banich Country Acres HOA status report to J. Porada; preparation of draft for HOA Trust cash flows from accounting materials. | 4.20 | 1,365.00 | (1) Lumping |
| | | Total Fees | 16.80 | $5,463.00 | |

| | |
|---|---:|
| Total Fee & Disbursements | $5,463.00 |
| Balance Now Due | $5,463.00 |

## AGED ACCOUNTS RECEIVABLE SUMMARY

| ≤30 DAYS | ≤60 DAYS | ≤90 DAYS | ≤120 DAYS | >120 DAYS |
|---|---|---|---|---|
| $5,463.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## TIMEKEEPER SUMMARY

| Initials | Timekeeper Name | Hours | Amount |
|---|---|---|---|
| JSW | JOHN S. WORTHEN | 16.80 | $5,463.00 |