UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

JOSEPH J PORADA JR.,

Debtor.

Case No. 17bk36268

Chapter 11

Honorable Timothy A. Barnes

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SHAW FISHMAN GLANTZ & TOWBIN LLC, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 73,487.00 | TOTAL COSTS REQUESTED: | $ 1,479.00 |
| TOTAL FEES REDUCED: | $ 2,166.10 | TOTAL COSTS REDUCED: | $ 15.00 |
| TOTAL FEES ALLOWED: | $ 71,320.90 | TOTAL COSTS ALLOWED: | $ 1,464.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 72,784.90**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)   Computational or Typographical Error – TOTAL of disallowed amounts: $ 1,615.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

**(2)   Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 123.60**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(3)   Insufficient Description – TOTAL of disallowed amounts: $ 427.50**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work

performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(4)     **No Benefit to the Estate – TOTAL of disallowed amounts: $ 15.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). Expenses for a counsel's routine in town travel expenses confer no benefit to the estate and are not reimburseable in this district absent an explanation regarding necessity.

Dated: November 27, 2018

_____
Timothy A. Barnes
United States Bankruptcy Judge

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 33332
June 10, 2018

Joseph Porada M.D.
640 W. 57th St.
Clarendon Hills, IL 60525

ID: 12375-001 - TGB

Re: Chapter 11 Bankrulptcy

For Services Rendered Through 6/10/2018

**Please include Invoice Number with Payment**

| | | |
|---|---:|---:|
| Previous Balance | | 17,574.50 |
| Payments | | -17,574.50 |
| Balance Forward | | $0.00 |
| Current Fees | 73,487.00 | |
| Current Disbursements | 1,479.40 | |
| Total Current Charges | | 74,966.40 |
| **Total Due** | | **$74,966.40** |
| Advanced Deposit Balance | 32,425.50 | |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Joseph Porada M.D.
I.D. 12375-001 - TGB
Re: Chapter 11 Bankrulptcy

June 10, 2018
Invoice 33332

### Fees

| Date | Atty | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 12/07/17 | TGB | Telephone conferences with J. Porada re status of case and next steps. | 0.60 | 475.00 | 285.00 | |
| 12/08/17 | TGB | Reviewed letter from USTP re IDI, 341 meeting and other requirements and deadlines (.4); correspondence to J. Porada re same (.2); exchanged correspondence with S. Towbin re same (.1). | 0.70 | 475.00 | 332.50 | |
| 12/11/17 | CMS | Discussed requirements for Debtor retention application with A. Guon (0.2). Drafted retention application for Shaw Fishman (2.3). | 2.50 | 270.00 | 675.00 | |
| 12/12/17 | TGB | Reviewed notice of chapter 11 case (.2); conferences with C. Sanfelippo re retention applications (.2); exchanged correspondence with T. Elliott re same (.2). | 0.60 | 475.00 | 285.00 | |
| 12/12/17 | CMS | Drafted Shaw Fishman retention application. | 1.00 | 270.00 | 270.00 | |
| 12/13/17 | CMS | Discussed case background and retention application with T. Banich (0.2). Emailed J. Porada regarding MIP redemption agreement (0.1). Followed up with state litigation attorney's office regarding state court pleadings (0.3). | 0.60 | 270.00 | 162.00 | |
| 12/13/17 | TGB | Conferred with C. Sanfelippo re retention applications and state court litigation (.3); edited retention application for Shaw Fishman and T. Banich declaration (1.1); reviewed various state court filings for background narrative re same (.7); exchanged correspondence with J. Porada re initial debtor interview (.1). | 2.20 | 475.00 | 1,045.00 | (1) Typo-reduced to 0.2 per CMS entry for same |
| 12/14/17 | CMS | Drafted retention application for Shaw Fishman. | 1.30 | 270.00 | 351.00 | |
| 12/15/17 | CMS | Reviewed state court pleadings and finalized retention application. | 1.80 | 270.00 | 486.00 | |
| 12/15/17 | TGB | Conferred with S. Towbin re IDI (.1); exchanged correspondence with J. Porada re same (.1). | 0.20 | 475.00 | 95.00 | |
| 12/18/17 | SBT | Telephone conference with T. Thorton at U.S. Trustee regarding nature of the case and issues | 0.30 | 725.00 | 217.50 | |
| 12/18/17 | PMF | Print copies of petition and schedules in anticipation of initial debtor meeting | 0.20 | 220.00 | 44.00 | |
| 12/18/17 | TGB | Edited Shaw Fishman retention application (2.5); telephone conference with T. Elliott re same and tasks for bankruptcy case and state court litigation (.4); exchanged correspondence with J. Porada re initial debtor interview (.1); discussed same with S. Towbin (.1); correspondence to J. Porada re insurance documentation (.1). | 3.20 | 475.00 | 1,520.00 | |
| 12/19/17 | SBT | Initial meeting with client and attend the meeting with U.S. Trustee (Tom Thornton) | 1.00 | 725.00 | 725.00 | |
| 12/19/17 | TGB | Telephone conference with creditor's counsel re status of bankruptcy case (.3); telephone conference with S. Towbin re same | 0.60 | 475.00 | 285.00 | |

Shaw Fishman Glantz & Towbin LLC

Joseph Porada M.D.  
I.D. 12375-001 - TGB  
Re: Chapter 11 Bankrulptcy

June 10, 2018  
Invoice 33332

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and results of initial debtor interview (.2); reviewed creditor's request for notice (.1). | | | |
| 12/20/17 | TGB | Reviewed entered opinion by state court on fee issues (.5); considered whether same is void/voidable for violating the automatic stay (.3); exchanged correspondence with S. Towbin and T. Elliott re same (.2); telephone conference with attorney for creditor re same and motion to modify automatic stay (.4); reviewed T. Elliott comments to retention application (.3). | 1.70 | 475.00 | 807.50 |
| 12/21/17 | TGB | Telephone conference with J. Porada re status (.2); reviewed order entered by bankruptcy court (.1). | 0.30 | 475.00 | 142.50 |
| 12/22/17 | SBT | Review and comment on draft retention application | 0.10 | 725.00 | 72.50 |
| 12/22/17 | TGB | Exchanged correspondence with S. Towbin re draft retention application (.1); left message for K. Backer of USTP re case (.1). | 0.20 | 475.00 | 95.00 |
| 12/26/17 | TGB | Telephone conference with K. Bacher with USTP re background and retention application (.5); exchanged correspondence with S. Towbin re same (.2). | 0.70 | 475.00 | 332.50 |
| 12/31/17 | TGB | Reviewed proposed employment agreement (.6); correspondence to J. Porada re comments to same (.2); correspondence with S. Towbin re same (.1). | 0.90 | 475.00 | 427.50 |
| 01/04/18 | TGB | Edited Shaw Fishman retention application (.9); multiple conferences with C. Sanfelippo re 327(e) application for Rathje & Woodward (.3); telephone conference with T. Elliott re same and overall strategies (.6); telephone conference with J. Porada re status, strategies and section 341 meeting (.3); telephone conference with S. Towbin re 341 meeting and retention applications (.2); reviewed and edited 327(e) application and T. Elliott declaration (.4). | 2.70 | 475.00 | 1,282.50 |
| 01/04/18 | CMS | Drafted Application for retention of Rathje Woodward (2.5). Discussed draft with T. Banich and completed two rounds of revisions before sending draft to T. Elliott for approval (1.1). | 3.60 | 270.00 | 972.00 |
| 01/05/18 | TGB | Edited, finalized and filed Shaw Fishman retention application and T. Banich declaration (1.2); correspondence to K. Bacher re same (.1); correspondence to T. Elliott re same (.1); correspondence to J. Porada re same (.1). | 1.50 | 475.00 | 712.50 |
| 01/05/18 | CMS | Exchanged emails with T. Banich regarding notice of motion and revised Notice of Motion for Rathje Woodward retention application. | 0.10 | 270.00 | 27.00 |
| 01/08/18 | TGB | Reviewed amended notice of motion for Shaw Fishman retention application (.1); exchanged correspondence with T. Elliott re edits to Rathje Woodward special counsel retention application (.2); conferred with C. Sanfelippo re tasks (.2). | 0.50 | 475.00 | 237.50 |
| 01/08/18 | CMS | Drafted and filed amended notice of application to retain Shaw Fishman. | 0.70 | 270.00 | 189.00 |
| 01/09/18 | TGB | Reviewed petition, schedules and SOFA in preparation for 341 meeting (1.6); met with J. Porada to prepare for 341 meeting (1.5); attended 341 meeting (1.1); conferred with J. Porada re next steps in case (.5); telephone conference with T. Elliott re results of 341 | 8.20 | 475.00 | 3,895.00 |

Page: 3

Shaw Fishman Glantz & Towbin LLC

| | |
|---|---|
| Joseph Porada M.D.<br>I.D. 12375-001 - TGB<br>Re: Chapter 11 Bankrulptcy | June 10, 2018<br>Invoice 33332 |

| Date | Atty | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | meeting, finalization of retention application, scheduling hearing on same and lift-stay motion (.6); legal research re lift-stay issues discussed same with C. Sanfelippo (1.2); telephone conference with T. Desai re lift-stay motion (.4); finalized and filed Rathje & Woodward retention application (.9); correspondence to T. Elliott re same (.4). | | | | (2) Lumping |
| 01/09/18 | CMS | Talked to T. Banich regarding Utilities Motion and Motion for Stay Relief (0.3). Researched past Motions for Relief from Stay for T. Banich (0.2). Reviewed final Rathje Woodward Retention Application and prepared for filing (0.2). Reviewed Debtor's schedules and began drafting Utilities Motion (0.4). | 1.10 | 270.00 | 297.00 | |
| 01/10/18 | TGB | Considered deadlines to object to discharge, dischargability and exemptions, to file MORs and UST quarterly fee payments, and calendared same (.7); reviewed legal research re automatic stay issues for motion to modify stay (.5); reviewed correspondence to J. Porada re information needed for utilities motion (.1). | 1.30 | 475.00 | 617.50 | |
| 01/10/18 | PMF | Review request for information on utilities by C. Sanfelippo (.2). Review file and forward email with information re: same (.2). | 0.40 | 220.00 | 88.00 | |
| 01/10/18 | CMS | Reviewed case law written by Judge Barnes on automatic stay relief motions. | 0.30 | 270.00 | 81.00 | |
| 01/10/18 | CMS | Drafted Exhibit to Utilities Motion and discussed Debtor's utility information with P. Fredericks (0.5). Emailed T. Banich regarding missing utilities information (0.1). Emailed Dr. Porada regarding information needed for Utilities Motion (0.2). | 0.80 | 270.00 | 216.00 | |
| 01/11/18 | TGB | Drafted, edited and researched motion to lift stay re prepetition litigation. | 2.50 | 475.00 | 1,187.50 | |
| 01/12/18 | SBT | Review stay relief motion and telephone conference with T. Elliot regarding attorney fee award in appeal issue | 0.50 | 725.00 | 362.50 | (2) Lumping |
| 01/12/18 | TGB | Conferred with C. Sanfelippo re legal research assignment (.3); continued drafting, editing and researching motion to lift stay re prepetition litigation and proposed order on same (5.0); reviewed T. Elliott edits to same (.7); reviewed S. Towbin's edits to same (.4); finalized and filed same (.6); correspondence to T. Elliott re filed motion (.1); correspondence to K. Bacher re filed motion (.1). | 7.20 | 475.00 | 3,420.00 | (1) Typo - reduced to 0.1 per CMS entry for same |
| 01/12/18 | CMS | Discussed research project relating to cause for motions to stay with T. Banich. | 0.10 | 270.00 | 27.00 | |
| 01/17/18 | TGB | Prepared for hearing on retention application and motion for relief from stay (.8); appeared in court for same (1.2); reviewed entered order on motion to employ (.1); telephone conference with J. Porada re results of hearing, next steps and MOR (.3); telephone conference with T. Elliott re results of hearing and strategies re state court appeal (.3); exchanged correspondence with K. Bacher re MOR issues (.1); drafted amended notice of motion for motion to lift stay hearing (.6); filed same (.2). | 3.60 | 475.00 | 1,710.00 | (1) Typo - Case was concluded 20 mins after scheduled hrg time. Entry reduced to 0.5. |
| 01/17/18 | CMS | Spoke to T. Banich regarding utilities motion exhibit (0.1). Called J. | 0.20 | 270.00 | 54.00 | |

## Shaw Fishman Glantz & Towbin LLC

Joseph Porada M.D.  
I.D. 12375-001 - TGB  
Re: Chapter 11 Bankrulptcy

June 10, 2018  
Invoice 33332

| Date | Atty | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | Porada regarding utilities motion exhibit and discussed calculation of average utilities payments (0.1). | | | | |
| 01/18/18 | TGB | Exchanged correspondence with J. Porada re MOR and UST quarterly fees (.2); telephone conference with T. Elliott re state court appeal and automatic stay issues and January 24 hearing (.8). | 1.00 | 475.00 | 475.00 | |
| 01/19/18 | TGB | Reviewed and exchanged correspondence with K. Bacher re UST position on motion to modify stay and application to retain special counsel (.2); correspondence to T. Elliott re same (.1); reviewed documents from J. Porada and backup for draft MOR (.2). | 0.50 | 475.00 | 237.50 | |
| 01/24/18 | TGB | Prepared for hearing on motion to modify stay, application to retain Rathje & Woodward as special counsel and general chapter 11 status hearing (.6); attended hearing on same (1.6); telephone conference with J. Porada re results of hearing and next steps (.4); conferred with C. Sanfelippo re utilities motion (.1); correspondence with T. Elliott re granting lift-stay motion and approval of retention application (.1); reviewed draft MOR and backup (.5); discussed same with P. Fredericks for purposes of working with J. Porada to revise and complete (.4); correspondence to J. Porada and T. Elliott attaching orders (.1); reviewed further version of MOR (.3). | 4.00 | 475.00 | 1,900.00 | (1) Typo - Case concluded 40 mins after sch'd hrg time. Entry reduced to 0.7. Entry for mtg reduced to 0.2 per PMF entry for same |
| 01/24/18 | PMF | Confer with T. Banich re: operating report (.2). Review information supplied by J. Porada (.7). Create form of operating report (.6). Forward same to J. Porada with request for additional information to complete same (.1). | 1.60 | 220.00 | 352.00 | |
| 01/25/18 | TGB | Conferred with C. Sanfelippo re utility motion and need to file motion to expand scope of Rathje & Woodward retention (.2); discussed same with S. Towbin (.2). | 0.40 | 475.00 | 190.00 | |
| 01/26/18 | SBT | Confer with T. Banich regarding DIP reporting issues and excess bank accounts | 0.30 | 725.00 | 217.50 | |
| 01/26/18 | TGB | Reviewed correspondence from J. Porada re certain questions (.3); drafted and exchanged correspondence with S. Towbin re same (.6). | 0.90 | 475.00 | 427.50 | (3) Insufficient Description |
| 01/29/18 | TGB | Multiple conferences with P. Fredericks re MOR (.6); reviewed and edited same (1.2); multiple telephone conferences with J. Porada re same and questions posted by email re operational matters (1.1); telephone conferences with K. Bacher re MOR issues (.2). | 3.10 | 475.00 | 1,472.50 | (1) Typo - Reduced to 0.4 for PMF entry for same |
| 01/29/18 | PMF | Confer with T. Banich re: number of bank accounts held by J. Porada and if we need to report on all (.4). Review fax of bank statement from J. Porada (.9). Prepare operating report and forward same to J. Porada for review and signature (.9). | 2.20 | 220.00 | 484.00 | |
| 01/30/18 | CMS | Reviewed email from Dr. Porada and emailed T. Banich regarding the same (0.2). Began drafting motion to expand retention of Rathje Woodward (0.6). | 0.80 | 270.00 | 216.00 | |
| 01/30/18 | TGB | Telephone conferences with J. Porada re report and operations questions (.7); exchanged correspondence with C. Sanfelippo re utilities motion (.1). | 0.80 | 475.00 | 380.00 | |
| 01/31/18 | SBT | Confer with T. Banich regarding payment of prepetition tax liabilities | 0.20 | 725.00 | 145.00 | |

Page: 5

Shaw Fishman Glantz & Towbin LLC

Joseph Porada M.D.  
I.D. 12375-001 - TGB  
Re: Chapter 11 Bankrulptcy

June 10, 2018  
Invoice 33332

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and need for motion to do so | | | |
| 01/31/18 | PMF | Revise operating report (.5). Confer with J. Porada re: same (.2). File same (.2). | 0.90 | 220.00 | 198.00 |
| 02/01/18 | TGB | Drafted correspondence to J. Porada re filed MOR and motions to prepare and reasons therefor (.8); reviewed J. Porada's response and additional questions (.3); telephone conference with K. Bacher re MOR questions and bank account issues (.2); telephone conference with J. Porada re same (.4); drafted correspondence to K. Bacher answering questions re MOR (.4); conferred with S. Towbin re same (.1); conferred with C. Sanfelippo re motion to expand scope of Rathje & Woodward retention (.5). | 2.70 | 475.00 | 1,282.50 |
| 02/01/18 | PMF | Review email re: operating report requirements. | 0.20 | 220.00 | 44.00 |
| 02/02/18 | TGB | Reviewed correspondence from K. Bacher re answers to her questions re MOR. | 0.10 | 475.00 | 47.50 |
| 02/05/18 | CMS | Drafted language explaining method of estimating monthly utilities deposit to account for winter months (0.6). Drafted motion to expand retention of Rathje Woodward (2.0). | 2.60 | 270.00 | 702.00 |
| 02/05/18 | TGB | Correspondence to J. Porada re UST comments on MOR and related matters (.2); considered status of motions to prepare (.1). | 0.30 | 475.00 | 142.50 |
| 02/06/18 | CMS | Drafted motion to expand retention of Rathje Woodward. | 0.40 | 270.00 | 108.00 |
| 02/07/18 | CMS | Drafted motion to expand retention of Rathje Woodward. | 2.80 | 270.00 | 756.00 |
| 02/07/18 | TGB | Exchanged correspondence with J. Porada re R&W expansion motion (.4); correspondence with C. Sanfelippo re same (.1). | 0.50 | 475.00 | 237.50 |
| 02/08/18 | CMS | Finalized Motion to Expand Rathje Woodward retention and sent to T. Banich for review (0.6). Finalized Utilities Motion and sent to T. Banich for review (0.2). | 0.80 | 270.00 | 216.00 |
| 02/08/18 | TGB | Reviewed and exchanged correspondence with J. Porada re motions to file. | 0.30 | 475.00 | 142.50 |
| 02/09/18 | TGB | Telephone conference with T. Elliott re R&W expansion motion. | 0.30 | 475.00 | 142.50 |
| 02/12/18 | TGB | Reviewed and edited motion to expand scope of R&W retention and declarations in support of same (1.4); correspondence to T. Elliott re same (.2); reviewed and edited utilities motion (.3); consider basis for same (.5); correspondence to C. Sanfelippo re same (.1); reviewed J. Porada edits to R&W expansion motion (.1). | 2.60 | 475.00 | 1,235.00 |
| 02/13/18 | TGB | Reviewed correspondence from USTP re 4Q2017 fees (.1); correspondence to and call with J. Porada re same (.3); reviewed bank documents from J. Porada re evidence of paid check to USTP (.2); drafted and exchanged correspondence with USTP re 4Q2017 fees due (.3); telephone conference with J. Porada re update re same (.3); reviewed correspondence from J. Porada re comments to R&W expansion motion (.4); conferred with C. Sanfelippo re utilities motion (.1); edited R&W expansion motion per J. Porada's edits (1.5); telephone conference with T. Elliott re edits/comments to R&W expansion motion (.7); reviewed further comments to R&W expansion motion from J. Porada (.1). | 4.00 | 475.00 | 1,900.00 |

Page: 6

Shaw Fishman Glantz & Towbin LLC

Joseph Porada M.D.  
I.D. 12375-001 - TGB  
Re: Chapter 11 Bankrulptcy

June 10, 2018  
Invoice 33332

| Date | Atty | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 02/13/18 | CMS | Analyzed and examined case law on appropriate timing to file utilities motion in individual chapter 11 case. | 0.40 | 270.00 | 108.00 | |
| 02/14/18 | TGB | Reviewed R&W edits to R&W expansion motion (.6); telephone conference with T. Elliott re same (.2). | 0.80 | 475.00 | 380.00 | |
| 02/16/18 | TGB | Reviewed further version of R&W expansion motion and declarations in support of same (.6); considered status of claimed exemptions and time lines of any objections thereto (.5); reviewed Schedule C (.3); drafted update to J. Porada re exemptions (.7); telephone conferences with T. Elliott re further edits to motion to expand retention (.6); edited same per further T. Elliott comments (.7). | 3.40 | 475.00 | 1,615.00 | |
| 02/19/18 | PMF | Prepare monthly operating report adding all additional bank accounts (2.2). Email same to J. Porada for review and signature (.1). | 2.30 | 220.00 | 506.00 | |
| 02/19/18 | TGB | Edited, finalized and filed motion/proposed order expanding scope of Rathje & Woodward retention and declarations in support of same (.8); correspondence to J. Porada and R&W counsel re same (.2); reviewed draft January 2018 MOR (.5); discussed same with P. Fredericks (.2); reviewed further draft of January 2018 MOR (.4). | 2.10 | 475.00 | 997.50 | |
| 02/20/18 | TGB | Reviewed, finalized and filed January 2018 MOR. | 0.80 | 475.00 | 380.00 | |
| 02/21/18 | TGB | Correspondence to J. Porada re January 2018 MOR (.1); telephone conference with J. Porada re motions yet to file and potential contribution to MIP cash balance plan request (.2); exchanged correspondence with K. Bacher re authorized depositary banks for DIP accounts (.2); telephone conference with J. Porada re same (.3). | 1.10 | 475.00 | 522.50 | |
| 02/24/18 | TGB | Reviewed correspondence from J. Porada re authorized depositary banks. | 0.10 | 475.00 | 47.50 | |
| 02/26/18 | PMF | Voice mail message from J. Porada re: approved depositories. | 0.20 | 220.00 | 44.00 | |
| 02/26/18 | TGB | Exchanged correspondence with J. Porada re authorized depositary banks and transferring Republic Bank funds to approved banks (.2); discussed same with P. Fredericks (.2). | 0.40 | 475.00 | 190.00 | |
| 02/27/18 | TGB | Exchanged correspondence with J. Porada and K. Bacher re authorized depositary banks (.2); telephone conference with J. Porada re same, February MOR, February 28 hearing and pursuit of Fisher notes (.7); legal research re jurisdictional basis for note collection dispute (.7); telephone conference with T. Elliott re February 28 hearing on expansion motion (.3). | 1.90 | 475.00 | 902.50 | |
| 02/28/18 | TGB | Prepared for hearing on motion to expand scope of R&W retention (.5); conferred with K. Carrera of R&W re hearing preparations (.2); attended hearing on motion to expand (.8); reviewed entered order granting motion (.1); drafted correspondence to J. Porada, T. Elliott, K. Carrera and J. Worthern re entry of order (.1); exchanged correspondence with J. Porada re enforcement of Fisher notes (.2). | 1.90 | 475.00 | 902.50 | (1) Typo - Case concluded within 10 mins after sch'd hrg time. Entry reduced for 0.5. |
| 03/01/18 | TGB | Reviewed various promissory notes issued by R. Fisher (1.2); considered whether security interest recited in notes is perfected | 2.20 | 475.00 | 1,045.00 | |

Shaw Fishman Glantz & Towbin LLC

Joseph Porada M.D.  
I.D. 12375-001 - TGB  
Re: Chapter 11 Bankrulptcy

June 10, 2018  
Invoice  33332

| Date | Atty | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | (.5); exchanged correspondence with J. Porada re same (.2); conferred with P. Fredericks re tract search for R. Fisher property (.3). | | | | |
| 03/01/18 | PMF | Order tract search for Minooka property. | 0.40 | 220.00 | 88.00 | |
| 03/02/18 | TGB | Exchanged correspondence with J. Porada re Fisher notes. | 0.30 | 475.00 | 142.50 | |
| 03/03/18 | TGB | Exchanged correspondence with J. Porada re Fisher notes. | 0.20 | 475.00 | 95.00 | |
| 03/05/18 | TGB | Reviewed tract search results for R. Fisher real estate (.3); reviewed correspondence with J. Worthen re tax returns (.1). | 0.40 | 475.00 | 190.00 | |
| 03/05/18 | PMF | Review and forward tract search results. | 0.20 | 220.00 | 44.00 | |
| 03/08/18 | TGB | Drafted correspondence to J. Porada re Fisher notes. | 0.10 | 475.00 | 47.50 | |
| 03/13/18 | TGB | Telephone conference with J. Porada re Fisher notes and exclusivity motion (.7); conferred with C. Sanfelippo re motion to extend exclusivity periods (.2); correspondence to T. Elliott re lack of objections to discharge or dischargeability (.2). | 1.10 | 475.00 | 522.50 | |
| 03/15/18 | TGB | Reviewed draft MOR for February from J. Porada (.4); discussed same with P. Fredericks (.2). | 0.60 | 475.00 | 285.00 | |
| 03/16/18 | TGB | Exchanged correspondence with J. Porada re draft MOR. | 0.20 | 475.00 | 95.00 | |
| 03/19/18 | PMF | Review information from Dr. Porada re: operating report (.5). Begin draft of same (.4). | 0.90 | 220.00 | 198.00 | |
| 03/19/18 | PMF | Prepare operating report (1.9). Send same to Dr. Porada for review and signature (.2). | 2.10 | 220.00 | 462.00 | |
| 03/19/18 | TGB | Reviewed further version of February MOR. | 0.40 | 475.00 | 190.00 | |
| 03/20/18 | CMS | Discussed motion to extend exclusivity with T. Banich (0.1). Analyzed and examined case law on pending litigation as a cause to extend exclusivity (0.6). Drafted motion to extend exclusivity periods (2.3). | 3.00 | 270.00 | 810.00 | |
| 03/20/18 | TGB | Edited, finalized and filed February 2018 MOR (.3); conferred with C. Sanfelippo re motion to extend exclusivity period (.3). | 0.60 | 475.00 | 285.00 | (1) Typo - Reduced to 0.1 per CMS entry for same |
| 03/21/18 | CMS | Analyzed and examined case law on pending litigation as cause for extension of exclusivity (0.3). Emailed T. Banich regarding findings (0.2). Conducted additional research on the same (0.7). Revised draft of exclusivity motion using additional research (0.3). | 1.50 | 270.00 | 405.00 | |
| 03/21/18 | TGB | Multiple conferences with C. Sanfelippo re exclusivity extension motion (.4); reviewed draft of same and gave comments to C. Sanfelippo re same (.4); legal research re same (.8); correspondence to J. Porada attaching filed February 2018 MOR (.1). | 1.30 | 475.00 | 617.50 | |
| 03/22/18 | CMS | Revised exclusivity motion per T. Banich's comments and sent to him for review. | 0.30 | 270.00 | 81.00 | |
| 03/22/18 | TGB | Reviewed revised motion to extend exclusivity period and authorities cited in same. | 0.60 | 475.00 | 285.00 | |
| 03/23/18 | TGB | Exchanged correspondence with T. Elliott re appeal status. | 0.20 | 475.00 | 95.00 | |
| 03/26/18 | TGB | Reviewed voice message from J. Porada re Fisher notes. | 0.10 | 475.00 | 47.50 | |
| 03/28/18 | TGB | Reviewed T. Elliott correspondence with R. Fisher. | 0.20 | 475.00 | 95.00 | |

Page: 8

Shaw Fishman Glantz & Towbin LLC

Joseph Porada M.D.  
I.D. 12375-001 - TGB  
Re: Chapter 11 Bankrulptcy

June 10, 2018  
Invoice 33332

| Date | Atty | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 04/03/18 | TGB | Telephone conference with D. Hollander re status of state court appeal (.3); reviewed state court appeal documents (.4); edited motion to extend exclusivity periods (5.4); legal research re same (1.1); telephone conference with J. Porada re same and other upcoming tasks (.5); correspondence to J. Porada and T. Elliott re draft of motion to extend exclusivity periods (.2). | 7.90 | 475.00 | 3,752.50 | |
| 04/04/18 | AH | Review/edit and cite check motion for extension to file plan and confer with T. Banich re same (.7) | 0.70 | 325.00 | 227.50 | (3) Duplicate Efforts |
| 04/04/18 | TGB | Telephone conference with T. Elliott re appeal status and exclusivity period motion (.3); edited, finalized and filed motion to extend exclusivity periods (1.5); edited proposed order (.5); reviewed correspondence from condo association to J. Porada and consider sending subpoena to same (.3). | 2.60 | 475.00 | 1,235.00 | |
| 04/04/18 | PMF | Review correspondence from firm representing County Acres Condo Association re: unit 312 (.2). Review Cook County Treasurer website real estate tax status (.3). | 0.50 | 220.00 | 110.00 | |
| 04/05/18 | TGB | Drafted and edited Rule 2004 motion with regard to Country Acres Condo Association (2.2); edited proposed order on same (.3). | 2.50 | 475.00 | 1,187.50 | |
| 04/09/18 | TGB | Telephone conference with S. Kahn, attorney for Country Acres Condo Association (.8); conferences with P. Fredericks re condo, title issues and land trust investigation (.5); telephone call to J. Porada re same (.1). | 1.40 | 475.00 | 665.00 | (1) Typo - Reduced to 0.2 per PMF entry for same |
| 04/09/18 | PMF | Confer with T. Banich re: condo and need for chain of title and tax search on same (.2). Order same (.2). Review recorders website to obtain additional information (.5). | 0.90 | 220.00 | 198.00 | |
| 04/10/18 | TGB | Telephone conference with S. Kahn re Country Acres condo property issues (.7); multiple conferences with P. Fredericks re further research re same (.4); exchanged correspondence with J. Porada re same (.1). | 1.20 | 475.00 | 570.00 | |
| 04/11/18 | TGB | Prepared for hearing on chapter 11 status, motion to extend exclusivity periods and motion for authority to issue subpoena to Country Acres (.6); attended hearing on said matters (1.2); reviewed order granting Rule 2004 motion (.1); drafted correspondence to J. Porada re results of hearing and analysis of Country Acres condo issues (1.2); drafted correspondence to S. Kahn re Rule 2004 order and next steps (.2); reviewed correspondence from J. Porada re additional information re condo and tax issues (.3). | 3.60 | 475.00 | 1,710.00 | (1) Typo - Case concluded within 40 mins of sch'd hrg time. Entry reduced to 0.7. |
| 04/12/18 | TGB | Reviewed order granting motion to extend exclusivity periods (.1); drafted correspondence to J. Porada re same and next steps re condo/rents issue (.8); telephone conference with S. Kahn re additional information re condo and retained rental proceeds (.1); conferred with P. Fredericks re condo issues/tasks (.2). | 1.20 | 475.00 | 570.00 | |
| 04/16/18 | TGB | Reviewed results of tract/tax search for condo property (1.1); discussed same wand next steps with P. Fredericks (.7); reviewed P. Fredericks correspondence to J. Porada re questions re items on | 2.00 | 475.00 | 950.00 | |

Page: 9

Shaw Fishman Glantz & Towbin LLC

Joseph Porada M.D.  
I.D. 12375-001 - TGB  
Re: Chapter 11 Bankrulptcy

June 10, 2018  
Invoice  33332

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | tract search (.2). | | | |
| 04/16/18 | PMF | Call to Parkway Bank Land Trust department to obtain information on condo (.5). Prepare form of direction to land trust and transmit same to J. Porada (.4). | 0.90 | 220.00 | 198.00 |
| 04/17/18 | TGB | Telephone conference with S. Kahn, attorney for Country Acres, re rent proceeds on deposit (.6); drafted correspondence to J. Porada re same, questions and next steps (.7); reviewed tract search results and instruments of record re condo in chain of title (1.8); drafted and edited motion for Rule 2004 exam of Parkway Bank & Trust and proposed order on same (1.6); correspondence to J. Porada re same (.5). | 3.60 | 475.00 | 1,710.00 |
| 04/18/18 | TGB | Reviewed correspondence from J. Porada re condo issues/chain of title history. | 0.10 | 475.00 | 47.50 |
| 04/19/18 | TGB | Telephone conference with T. Desai re subpoena to Parkway Bank for trust documents re condo (.4); exchanged correspondence with J. Porada re same (.7); reviewed draft MOR for March 2018 (.3). | 1.40 | 475.00 | 665.00 |
| 04/19/18 | PMF | Review information received from monthly report (.3). Begin same (.2). | 0.50 | 220.00 | 110.00 |
| 04/23/18 | TGB | Reviewed final MOR for March 2018 (.5); telephone conference with T. Desai re further information re Trust 5190/condo and next steps to obtain relevant documents re same (.6); drafted analysis of trust/condo issues for J. Porada and next steps (.6). | 1.70 | 475.00 | 807.50 |
| 04/23/18 | PMF | Prepare monthly operating report (1.5). Transmit same to J. Porada for review and signature (.1). | 1.60 | 220.00 | 352.00 |
| 04/24/18 | TGB | Telephone conference with J. Porada re condo information and next steps (.6); reviewed title report and documents (1.0); drafted Rule 2004 subpoena rider to Parkway Bank (1.2); exchanged correspondence with T. Desai re same (.2); reviewed order granting Rule 2004 motion of Parkway Bank (.1); edited, finalized and issued subpoena to Parkway Bank (.8); correspondence to T. Desai re same (.1); correspondence to J. Porada re orders and subpoena and analysis of next steps (.3); considered land trust fees and requirements to convey title with such fees owed (.8). | 5.10 | 475.00 | 2,422.50 |
| 04/24/18 | RWG | revise rider to l;and trust subpoena | 0.30 | 530.00 | 159.00 |
| 04/25/18 | TGB | Reviewed, finalized and filed March MOR (.8); telephone conference with counsel for Country Acres Condo Association (.3); drafted correspondence to J. Porada re MOR and status of condo investigation (.2). | 1.30 | 475.00 | 617.50 |
| 04/26/18 | TGB | Phone calls to condo association lawyer (.1); phone calls to Parkway Bank lawyer re subpoenaed documents (.1). | 0.20 | 475.00 | 95.00 |
| 05/01/18 | TGB | Reviewed correspondence and state court orders re status of appeal (.2); exchanged correspondence with T. Desai re Parkway Bank documents (.2); drafted Rule 2004 subpoena to Country Acres (1.7); telephone conference with S. Kahn re same (.3); correspondence to J. Porada re same/update (.2). | 2.60 | 475.00 | 1,235.00 |

Shaw Fishman Glantz & Towbin LLC

Joseph Porada M.D.  
I.D. 12375-001 - TGB  
Re: Chapter 11 Bankrulptcy

June 10, 2018  
Invoice  33332

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/08/18 | TGB | Telephone conference with Parkway re production of document in response to subpoena (.1); telephone conference with T. Desai re same (.1). | 0.20 | 475.00 | 95.00 |
| 05/09/18 | TGB | Briefly reviewed Parkway document production. | 0.30 | 475.00 | 142.50 |
| 05/14/18 | TGB | Reviewed documents produced by Parkway (1.2); followed up with lawyer for Condo Association (.1); reviewed order of Illinois Appellate Court re filing of ROA (.1). | 1.40 | 475.00 | 665.00 |
| 05/15/18 | TGB | Reviewed Parkway Bank production and drafted timeline of events re trust beneficiary and condo ownership (1.1); drafted update correspondence to J. Porada re same (.4); reviewed J. Porada's response to same (.1). | 1.60 | 475.00 | 760.00 |
| 05/16/18 | PMF | Prepare monthly operating report (2.0). Confer with T. Banich and follow up email with J. Porada re: funds in Republic Bank (.3). | 2.30 | 220.00 | 506.00 |
| 05/16/18 | TGB | Drafted correspondence to J. Porada re status and update re MOR, condo and Fisher notes (.3); conferred with P. Fredericks re draft April MOR and reviewed same (.5). | 0.80 | 475.00 | 380.00 |
| 05/17/18 | PMF | Revise monthly operating report. | 0.60 | 220.00 | 132.00 |
| 05/17/18 | TGB | Conferences with P. Fredericks re monthly report. | 0.60 | 475.00 | 285.00 |
| 05/18/18 | TGB | Reviewed correspondence with J. Porada re MOR. | 0.10 | 475.00 | 47.50 |
| 05/21/18 | PMF | Follow up questions on operating report (.2). Confer with T. Banich and Dr. Porada re: same (.7). | 0.90 | 220.00 | 198.00 |
| 05/23/18 | PMF | File May operating report. | 0.40 | 220.00 | 88.00 |
| 05/23/18 | TGB | Reviewed final April MOR. | 0.40 | 475.00 | 190.00 |
| | | **Total Fees** | **176.00** | | **$73,487.00** |

### Disbursements

| Date | Description | Amount | |
|---|---|---|---|
| 12/06/17 | Pacer Research; Docket (PMF) | 3.90 | |
| 12/19/17 | Parking/Taxi; Cab Fare - Round Trip to and from 219 S. Dearborn - Meeting at Office of the U.S. Trustee (SBT); Steven B. Towbin | 15.00 | (4) No benefit to the estate |
| 12/21/17 | Pacer Research; Docket (TGB) | 3.40 | |
| 01/06/18 | Pacer Research; Docket (TGB | 3.80 | |
| 01/09/18 | Westlaw; Stay (TGB); West Group | 19.28 | |
| 01/10/18 | Westlaw; (CMS); West Group | 14.90 | |
| 01/10/18 | Westlaw; Stay (TGB); West Group | 31.94 | |
| 01/11/18 | Westlaw; Stay (TGB); West Group | 96.95 | |
| 01/12/18 | Westlaw; Stay (TGB); West Group | 59.51 | |
| 01/17/18 | Westlaw; Stay (TGB); West Group | 2.23 | |
| 01/30/18 | Pacer Research; Docket (CMS) | 2.50 | |
| 01/31/18 | Postage; Postage for January 2018 | 10.05 | |
| 02/13/18 | Westlaw; (CMS); West Group | 41.04 | |
| 02/27/18 | Westlaw; (TGB) Notes; West Group | 94.69 | |

**Shaw Fishman Glantz & Towbin LLC**

| | | |
|---|---|---|
| Joseph Porada M.D. | | June 10, 2018 |
| I.D. 12375-001 - TGB | | Invoice 33332 |
| Re: Chapter 11 Bankrulptcy | | |

| Date | Description | Amount |
|---|---|---|
| 02/27/18 | Pacer Research; Docket (TGB) | 5.50 |
| 03/01/18 | Pacer Research; Docket (TGB) | 6.80 |
| 03/02/18 | Westlaw; Notes (TGB); West Group | 5.19 |
| 03/05/18 | Chicago Title Insurance Company; Ownership search (PMF); Chicago Title | 60.00 |
| 03/20/18 | Westlaw; (CMS); West Group | 378.41 |
| 04/03/18 | Federal Express/Shipping; Marshall N. Dickler/Country Acres Condominium Asso/Arlington Heights IL (O. Rafalovsky); FedEx | 21.70 |
| 04/03/18 | Westlaw; Exclusivity (TGB); West Group | 200.35 |
| 04/04/18 | Pacer Research; Motion (TGB) | 2.40 |
| 04/04/18 | Westlaw; Cite Checking (ABH); West Group | 45.06 |
| 04/05/18 | Federal Express/Shipping; Judy Stanton/Country Acres Condominium Asso/Des Plaines IL (O. Rafalovsky); FedEx | 26.09 |
| 04/13/18 | Chicago Title Insurance Company; Deed Chain & Tax Search (PMF); Chicago Title | 200.00 |
| 04/17/18 | Federal Express/Shipping; President, Managing Agent/Parkway Bank & Trust/Harwood Heights IL (Rafalovsky); FedEx | 21.75 |
| 04/30/18 | Postage; Postage for April 2018 | 36.80 |
| 05/01/18 | Federal Express/Shipping; Judy Stanton/Country Acres Condominium Association/Des Plaines IL (O. Rafalovsky); FedEx | 26.34 |
| 05/01/18 | Federal Express/Shipping; Marshall N. Dickler/Country Acres Condominium Association (O. Rafalovsky); FedEx | 21.91 |
| 05/01/18 | Federal Express/Shipping; Sandra T. Kahn/Country Acres Condominium Association (O. Rafalovsky); FedEx | 21.91 |

| | |
|---|---|
| Total Disbursements | $1,479.40 |
| Total Fees and Disbursements | $74,966.40 |
| Total Current Charges | $74,966.40 |